# Exhibit 17

2024. Deadlines regarding experts are without prejudice to any party's right to object to any expert testimony.

4. The parties shall exchange draft stipulations of fact by May 17, 2024.

5. Motions in limine and *Daubert* motions shall be filed by June 21, 2024. Oppositions shall be filed by July 12, 2024. Replies shall be filed by July 26, 2024.

6. The parties shall file a joint pretrial order ("JPTO") by August 9, 2024, which shall include:

    a. a short statement by each side as to the basis of the Court's jurisdiction, with citations to authority;

    b. a brief summary by each side of the claims and defenses that party has asserted which remain to be tried, without recital of evidentiary matter but including citations to all statutes relied on. Such summaries shall identify all claims and defenses previously asserted which are not to be tried;

    c. a statement by each party as to whether the case is to be tried with or without a jury, and the number of trial days needed;

    d. a statement as to whether or not all parties have consented to trial of the case by a magistrate judge (without identifying which parties have or have not so consented);

    e. any stipulations or statement of facts or law to which all parties consent;

    f. a statement by each party as to witnesses whose testimony is to be offered in its case in chief, indicating whether such witnesses will testify in person or by deposition, and designation of the portions of deposition testimony to be offered in its case in chief other than for impeachment or cross-examination. Any counter designations and objections to any designated deposition testimony shall be filed by August 23, 2024. Any objections to counter designations shall be filed by August 30, 2024;

    g. a designation by each party of documents or other exhibits, including summaries of other evidence, to be offered in its case in chief, with one star identifying exhibits that the party expects to offer and two stars identifying exhibits that the party may offer if the need arises;

2024.

4. All notices pursuant to Rule 44.1 shall be filed by May 31, 2024. The parties shall also serve notice of intent to assert the application of any non-New York law not otherwise required by Rule 44.1 by May 31, 2024. The parties shall file any briefs on disputed issues of foreign law or choice of law by June 24, 2024. Such briefs should include reproductions of the foreign laws in dispute as well as any foreign law declarations and materials that may aid the Court's review.

5. The parties shall file any *Daubert* motions by June 21, 2024. The parties shall file any oppositions by July 5, 2024. The parties shall file any replies by July 19, 2024.

6. The parties shall file any motions *in limine* by August 15, 2024. The parties shall file any oppositions by August 26, 2024. There shall be no replies absent leave of the Court.

7. The parties shall file a joint proposed special verdict form by August 15, 2024. If the parties cannot agree entirely to a joint proposal, the plaintiff shall file that part of the proposal to which the parties agree as well as each party's proposal with respect to those parts to which the parties cannot agree by August 15, 2024.

8. The following shall govern preparation of the pretrial order:

(a) Plaintiff shall provide the following to defendants by October 22, 2024: any general provisions governing conduct of trial; brief statement of the case; proposed fact stipulations; deposition designations; exhibit list; witness list.

(b) Defendants shall provide the following to plaintiff by November 5, 2024: any proposed revisions to general provisions governing conduct of trial; objections to/revisions to brief statement of case; objections to/revisions to fact stipulations; deposition designations; objections to plaintiff's deposition designations; deposition counter designations; exhibit list; objections to plaintiff's exhibits; objections to plaintiff's witnesses.

(c) Plaintiff shall provide to defendants the following by November 19, 2024: any further proposed revisions to statement of case, factual stipulations, exhibit list, witness list; objections to deposition designations; deposition counter designations; objections to defendants' exhibits; objections to defendants' witnesses.

(d) The parties shall file a final joint pretrial order with the Court by December 2, 2024.

SO ORDERED.

Dated: April 1, 2024

Lewis A. Kaplan
United States District Judge