# Exhibit 8

# OPUS2

Skatteforvaltningen v Solo Capital Partners LLP & Others

Day 20MT

May 24, 2024

Opus 2 - Official Court Reporters

Phone: 020 3008 6619
Email: transcripts@opus2.com
Website: https://www.opus2.com

|   |   |
|---|---|
| 1  MR JUSTICE ANDREW BAKER:  A cash collateral amount that will | 1   the answer to your question is it is not surprising. |
| 2     match an equity purchase, yes. | 2  Q. So Solo is guaranteeing them for 3 billion Danish krone. |
| 3  MR GOLDSMITH:  Exactly yes, and we can see the cash | 3     I can't do the maths off the top of my head, maybe |
| 4     collateral amount here is 228,896,500, yes. | 4     Ms Nanchahal will help me, but that's going to be |
| 5  A. Yes, I see that. | 5     hundreds of millions of pounds, is it not? For |
| 6  Q. And the price is 45.7793 per share, yes? | 6     example —— |
| 7  A. Yes, I see that. | 7  A. In the region of £300 million. |
| 8  Q. And the cash rebate interest and cash rebate spread | 8  Q. And Solo Capital Partners does not have £300 million, |
| 9     figures, that's the interest on the cash collateral that | 9     does it, at this time? |
| 10    the stock lender has to pay, yes? | 10 A. Well, I think if we go back to the Solo Model we will |
| 11 A. Yes, I see that. | 11    see that there are matching incoming and outgoing cash |
| 12 Q. And here the interest rate is overnight DKK LIBOR plus | 12    amounts and that is why Solo would have been able to |
| 13    70 basis points. That is —— so in other words it is DKK | 13    guarantee a trade such as this. |
| 14    LIBOR plus 0.7%, yes? | 14 Q. But in a sense that is why it makes it so important that |
| 15 A. Yes, I see that. | 15    at the end of the day —— from Solo's perspective, at the |
| 16 Q. Can we then look at {MTKC6/729.1/1}. This, Mr Shah, is | 16    end of the day things do balance perfectly to zero, |
| 17    another stock loan confirmation from March 2013 with AOI | 17    because otherwise Solo is at risk on the guarantee, yes? |
| 18    as lender and Amalthea as borrower, and again, the way | 18 A. Yes. I absolutely agree. |
| 19    that my Lord described, this will be related to | 19 Q. Can we see here that the interest on the cash collateral |
| 20    an equity trade, a short sale trade that will have | 20    is overnight DKK LIBOR plus 70; that is 0.7 again, yes? |
| 21    happened a few days earlier, yes? | 21 A. Yes, that's correct. So it is 70 basis points, which is |
| 22 A. Okay, yes. So this is unrelated to the one that we just | 22    0.7%, yes. |
| 23    saw. | 23 Q. Thank you. Great. Can we now —— we might need to come |
| 24 Q. Yes. And here the notional —— the quantity of shares is | 24    back to those, so don't remove them altogether, but can |
| 25    3 million and the notional cash collateral is almost | 25    we go, please, to {MTKC1/607/1}. And this is |
| 109 | 111 |
| 1     3 billion Danish krone. That is a huge sum, isn't it? | 1     a spreadsheet, if Ms Nanchahal could control it, please. |
| 2  A. Probably not in real money, but yes, I agree that is | 2     Can we start with the "Statement" tab at the top. This |
| 3     a big amount. | 3     is Solo's open position statement for AOI dated |
| 4  Q. What do you mean not in real money? | 4     30 September 2013; do you see? |
| 5  A. That was my idea of a joke. But yes, that is a big | 5  A. Yes, I see that. |
| 6     amount of money. | 6  Q. Again, just to ground this, this was also a spreadsheet |
| 7  MR JUSTICE ANDREW BAKER: I think telling leading counsel on | 7     that Mr Rabinowitz went through in opening, just so you |
| 8     behalf of the Danish nation that Danish krone is not | 8     know. If we go to the stock loan —— sorry. |
| 9     a real currency was an attempt at humour. | 9  A. Sorry to interrupt. Are we moving away from TDC, |
| 10 MR GOLDSMITH: Yes, right, fair enough. | 10    because I will not be able to keep all these figures in |
| 11 MR JUSTICE ANDREW BAKER: I understand where you might have | 11    my head? |
| 12    gone with it, Mr Goldsmith, but on this occasion, | 12 Q. Don't worry, I will be reminding you. The reason I have |
| 13    I think let's just take that as humour. | 13    shown you three sets of trades is because actually their |
| 14 MR GOLDSMITH: If I told you that Amalthea had been formed | 14    accounting is ultimately related, but I will remind you |
| 15    in the Cayman Islands with limited capitalisation only | 15    of the terms as we go through. |
| 16    a month or so before this, it is pretty extraordinary | 16 A. Okay. |
| 17    for it to be committing to provide to buy shares worth | 17 Q. So if we start with —— if we start at row 287, you can |
| 18    nearly 3 billion Danish krone, no? | 18    see —— there we go, thank you so much —— TDC and in row |
| 19 A. My view is that the number of days between a company's | 19    289 it has 13 March 2013 and I can remind you that the |
| 20    incorporation and the day it starts trading is not | 20    settlement date for the TDC March stock loan was |
| 21    relevant. I also think the share capital amount is not | 21    13 September 2013 and in F289 it says, "Cash original", |
| 22    relevant. What I understand from this trade, and | 22    and that was the amount of cash collateral under this |
| 23    probably all the trades in GSS, is that they were | 23    loan, just to remind you of those figures. |
| 24    guaranteed by Solo, so if Solo has guaranteed it, then | 24       Do you see in G289 we have a rate of 0.63%. Do you |
| 25    that's why those numbers are there. So that —— for me, | 25    see that? |
| 110 | 112 |