# Exhibit 41

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2                    CASE NO.  18-MD-2865 (LAK)

 3      _____
                                                )
 4      IN RE:                                  )
                                                )
 5      CUSTOMS AND TAX ADMINISTRATION OF       )
        THE KINGDOM OF DENMARK                  )
 6      (SKATTEFORVALTNINGEN) TAX REFUND        )
        SCHEME LITIGATION                       )
 7                                              )
        This document relates to case nos.      )
 8      19-cv-01783; 19-cv-01788; 19-cv-01794; )
        19-cv-01798; 19-cv-01918                )
 9      _____)

10

11

12                  C O N F I D E N T I A L

13             SUBJECT TO THE PROTECTIVE ORDER

14

15

16        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

17                      EXAMINATION OF

18                    RICHARD MARKOWITZ

19                   DATE: April 8, 2021

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

```
 1     R I C H A R D   M A R K O W I T Z,

 2              called as a witness, having been first

 3     duly sworn according to law, testifies as follows:

 4

 5

 6

 7     EXAMINATION BY MR. WEINSTEIN:

 8         Q    Good morning, Mr. Markowitz.

 9              MR. BONGIORNO:  Marc, before we get

10         going, I just wanted to mention that

11         Mr. Markowitz is diabetic and we're

12         going to have to just keep a close eye

13         on his levels.  So every, I don't know,

14         45, 50, 55 minutes or so, we're just

15         going to ask that he check it, see

16         whether or not he needs a break or a

17         snack or anything.  But I didn't want

18         to -- I'm obviously trying to do it in a

19         way that doesn't interrupt the flow of

20         the deposition.  I just wanted to let

21         you know.

22              MR. WEINSTEIN:  Right.  Thank you.

23         I appreciate that, and we'll accommodate

24         any needs there.

25         Q    Mr. Markowitz, my name is Marc
```

```
 1              And ultimately they didn't find you

 2    another leverage provider?

 3              MR. BONGIORNO:  Objection.

 4         A    I disagree with the premise of your

 5    question.

 6         Q    Okay.  Ultimately, were they able

 7    to provide -- to find another leverage

 8    provider?

 9         A    No.

10         Q    Can you turn, please, to

11    Exhibit 2116?

12              MR. WEINSTEIN:  Mark this as 2116.

13              (Whereupon the above mentioned was

14         marked for Identification.)

15              MR. BONGIORNO:  Marc, maybe after

16         you finish with this one, we can take

17         our next break?

18              MR. WEINSTEIN:  Yeah.

19         Q    So Mr. Shah sends you an e-mail in

20    April of 2012 asking if you have a pension

21    fund in the U.S. that can be used for trading

22    equities and derivatives.

23              Do you recall receiving that from

24    him?

25         A    Yes.
```

```
 1        Q     At the time that you got it, did

 2   you have a pension fund in the U.S. that

 3   could be used for trading equities and

 4   derivatives?

 5        A     I don't recall.

 6        Q     Okay.  Did you understand that this

 7   question was in the context of dividend --

 8   the dividend arbitrage strategy?

 9        A     Yes.

10        Q     Do you recall what your response

11   was to Mr. Shah?

12        A     No.

13        Q     Did you end up setting up a pension

14   fund in the U.S. to be used for trading

15   equities or derivatives as part of a dividend

16   arbitrage strategy?

17        A     Yes.

18        Q     Okay.  And what pension plans did

19   you set up to be used for that purpose?

20        A     RJM Capital Pension Plan, among

21   others.

22        Q     When was RJM Capital Pension Plan

23   established?

24        A     Sometime in 2013.

25        Q     Okay.  Did -- along with your
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 8, 2021

1    brokers were going to go find the liquidity

2    for these trades in the marketplace?

3        A    From sellers of shares.

4        Q    Okay.  Where did you expect they

5    were going to find these sellers?

6        A    In all the dividend arbitrage

7    strategies we had looked at and participated

8    in, that was up to the brokers to find that

9    liquidity, given the economics of the trade

10   and the advantage of dividend arbitrage.

11           As I said, profitability could be

12   shared.  The sellers could have been other

13   investors who were not entitled to the tax

14   benefits.  They could have been short

15   sellers, long sellers.

16           So the source of the stock was up

17   to the brokers and the sellers to obtain

18   based on market liquidity.

19       Q    Okay.  And was it your

20   understanding that the sellers in each case

21   would be executing on the Solo platform?

22       A    We were informed by Solo that other

23   counterparty to the trade would likely be

24   customers of Solo as well.

25       Q    Okay.  And is that -- that's true

1      for the sellers of the shares?

2           A    Yes.

3           Q    Okay.  And so was it your

4      understanding that the sellers of the shares

5      were going to be customers of Solo?

6           A    Yes.

7           Q    Was that also true for the forward

8      or future counterparties?

9           A    Yes and no.

10           Q    Yeah, let me withdraw that.

11                Was that going to be true with

12      respect to the forward counterparties?

13           A    Yes.

14           Q    Okay.  Was that also going to be

15      true with respect to the stock lending

16      counterparties?

17           A    Yes.

18           Q    Okay.  And so, when you say the

19      brokers were going to go out into the market,

20      the market that they were going to go into

21      was the Solo customer list.

22                Correct?

23           A    Again, they could have gone to the

24      Solo customers or other customers if they

25      wanted to.  There was no limit placed.

1    plan get the seller his or her 50 percent

2    profit on the deal?

3          A    Again, the plan didn't pay the

4    money to the seller.  The plan paid the money

5    or a fee, as was previously negotiated, to a

6    company called Ganymede Investments, I

7    believe, and would have received an invoice

8    for that.

9                And it was up to Ganymede to

10    distribute those funds, if needed, to other

11    counterparties.

12          Q    What was Ganymede?

13          A    A company.

14          Q    Okay.  Was it a company that you

15    had ever heard of prior to starting this

16    dividend arbitrage trading strategy with Solo

17    Capital?

18          A    No.

19          Q    Okay.  Did you do any due diligence

20    on Ganymede prior to doing any transactions

21    with it?

22          A    Patriot Act, AML, and basic

23    information on the owners of the company.

24          Q    Okay.  What information did you

25    obtain on the owners of the company,

Confidential — Subject to The Protective Order
Richard Markowitz — April 8, 2021

Page 201

```
1    Ganymede?

2         A    I believe it was owned by Sanjay

3    Shah.

4         Q    Okay.  And so Mr. Shah told you

5    that?

6         A    We might have received corporate

7    documents that -- from wherever the company

8    was incorporated that showed that.

9         Q    Okay.  Do you know if you actually

10   did that, or did you just hear from Mr. Shah

11   that he owned it?

12        A    I don't recall which one it was at

13   this point.

14        Q    Okay.  What -- did Ganymede provide

15   services to any of the pension plans that you

16   were affiliated with?

17        A    The services would have been

18   assistance in the overall transaction, I

19   think, from our perspective, as I explained,

20   the amount of sharing of profit from the

21   trades and fees to Solo, similar to the

22   Merrill Lynch trade.  Those would be paid to

23   an entity designated by Solo.

24             And they designated Ganymede, and

25   it was up to that entity and Solo to decide
```

```
 1     how those fees would be parceled out.  But it
 2     was part of the overall construction of the
 3     trade.
 4          Q    Okay.  Other than facilitating
 5     getting the money to the right places, did
 6     Ganymede, the entity, provide services to the
 7     pension plans?
 8          A    I viewed Ganymede and Solo and
 9     Sanjay Shah as one entity.  So yes, in my
10     belief, there were significant services
11     provided in developing and becoming a
12     custodian at Solo Capital, and hiring all the
13     staff necessary to allow the custodian to
14     function, and to allow our pension plans or
15     other pension plans to execute these trades.
16          Q    Okay.  So you viewed Solo Capital
17     and Ganymede as interchangeable?
18          A    Yes.
19          Q    Okay.  And do you -- did you have
20     an understanding as to why you got an
21     instruction from Mr. Shah to use the Ganymede
22     entity on certain occasions as opposed to the
23     Solo Capital entity?
24          A    No.
25          Q    Okay.  Solo Capital had operations
```

1    to this agreement, you were agreeing to pay

2    Ganymede 66.67 percent -- I'm not even sure I

3    said that right.

4              Pursuant to this agreement, you

5    were agreeing to pay Ganymede 66.67 percent

6    of that refund amount that's in the schedule,

7    but minus the Acupay fee.

8              Correct?

9        A    My understanding was that the

10   pension plan was entitled to 50 percent, the

11   other 50 to the seller, and we would pay to

12   Solo or its designee a 34 percent fee similar

13   to the arrangements we had at Broadgate.

14             The net result to the pension plan

15   is to retain approximately 34 percent of the

16   reclaim.  That's our understanding of any

17   fees that were paid.

18             It starts with a 50/50 split with

19   the seller.

20       Q    Okay.  I'm just asking what -- what

21   this agreement says.  And the agreement that

22   you signed with Ganymede was that the plan

23   would pay Ganymede 66.67 percent of that

24   refund amount in schedule -- in the schedule,

25   except that deducted from that refund amount

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

Page 306

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
 2                   CASE NO.  18-MD-2865 (LAK)

 3         _____
                                                   )
 4         IN RE:                                  )
                                                   )
 5         CUSTOMS AND TAX ADMINISTRATION OF       )
           THE KINGDOM OF DENMARK                  )
 6         (SKATTEFORVALTNINGEN) TAX REFUND        )
           SCHEME LITIGATION                       )
 7                                                 )
           This document relates to case nos.      )
 8         19-cv-01783; 19-cv-01788; 19-cv-01794; )
           19-cv-01798; 19-cv-01918                )
 9         _____)

10

11

12                 C O N F I D E N T I A L

13            SUBJECT TO THE PROTECTIVE ORDER

14

15

16     CONTINUED REMOTE VTC VIDEOTAPED DEPOSITION UNDER

17                  ORAL EXAMINATION OF

18                  RICHARD MARKOWITZ

19                     VOLUME II

20               DATE: April 9, 2021

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 9, 2021

Page 317

```
 1     R I C H A R D   M A R K O W I T Z,

 2              called as a witness, having been first

 3     duly sworn according to law, testifies as follows:

 4

       CONTINUED EXAMINATION BY MR. WEINSTEIN:

 5

 6         Q    Mr. Markowitz, if you can turn to

 7     Exhibit 2133, please?

 8              Did each of the partnerships listed

 9     in this exhibit earn profits from the Danish

10     dividend arbitrage strategy?

11         A    (Witness reviewing.)

12              MR. BONGIORNO:  Objection.

13         A    I don't recall.

14         Q    Did the partnerships earn profits

15     from any other investing activity other than

16     the Danish dividend arbitrage strategy?

17         A    Yes.

18         Q    What other investment strategies

19     did these partnerships earn money from?

20         A    Dividend arbitrage investments.

21         Q    So their profits were generated

22     entirely by dividend arbitrage strategies?

23         A    Yes.

24         Q    Did those strategies involve

25     Denmark and Belgium?
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 9, 2021

```
 1      can establish pension plans to participate in

 2      the dividend arbitrage strategy?

 3          A    No.

 4          Q    Okay.  So you had thoughts that you

 5      would do business using the LLCs.

 6               Right?

 7          A    That is certainly one function of

 8      those LLCs.

 9          Q    Okay.  And how many LLCs were you

10      intending to have set up?

11          A    At the time, in discussions with

12      Solo Capital about market liquidity and

13      capacity, and to spread that liquidity in our

14      allocation among our allocation of the market

15      liquidity among clients, I think we were

16      intending somewhere between 30 and 40 pension

17      plans would be established.

18          Q    Okay.  But the number of pension

19      plans and LLCs that would be set up were

20      based on what Sanjay Shah and Solo told you

21      would be a market allocation for the dividend

22      arbitrage strategy?

23          A    No.  The overall allocation would

24      be indicated to us or forecasted.  It was up

25      to us to decide if we wanted to spread that
```

```
 1    opportunity to two additional individuals.

 2         Q    Okay.  And those are Ms. Jones and

 3    Mr. Herman?

 4         A    Yes.

 5         Q    Okay.  And they are related to you?

 6              MR. BONGIORNO:  Objection.

 7         A    Yes.

 8         Q    So after Mr. -- after Solo Capital

 9    informed you that there was additional

10    capacity for the trading, LLCs and pension

11    plans were set up for Ms. Jones and

12    Mr. Herman?

13         A    Yes.

14         Q    And did they each have three LLCs

15    and pension plans set up?

16         A    Yes.

17         Q    Okay.  So, ultimately, there was a

18    group of 40 plans that were trading using

19    this strategy.

20              Is that right?

21         A    Yes.

22         Q    Were -- three of the new plans that

23    were set up were set up on your behalf.

24              Is that right?

25         A    Yes.
```

Confidential — Subject to The Protective Order
Richard Markowitz — April 9, 2021

Page 379

```
 1    that role?
 2         A    I don't recall.
 3         Q    Well, did Mr. Ben-Jacob -- well,
 4    withdrawn.
 5              Did Kaye Scholer assist with the
 6    establishment of the new LLCs and pension
 7    plans?
 8         A    Yes.
 9         Q    Okay.  And was that true for all 40
10    of the new LLCs and pension plans?
11         A    No.
12         Q    And not all of them were new.
13              Is that correct?
14         A    Yes.
15         Q    Okay.  So, of the 40 LLCs and
16    pension plans, for those that were newly
17    established in 2014, did Kaye Scholer assist
18    in establishing them?
19         A    Yes.
20         Q    Was it your understanding that each
21    of the plan participants for those new
22    pension plans signed a similar limited power
23    of attorney granting Mr. Ben-Jacob the power
24    to do the same things?
25         A    I don't recall.
```

```
 1        A    We received advice that explained

 2   the issues surrounding that related to a

 3   different jurisdiction in Denmark, and that

 4   it created additional tax risk for the

 5   pension plans.

 6        Q    Okay.  Can you turn, please, to

 7   Exhibit 1829?

 8             MR. BONGIORNO:  Day 1, Volume 1.

 9        Q    This e-mail from you is about

10   Danish reclaim payments received from Syntax.

11             Is that right?

12        A    Yes.

13        Q    And you say in the e-mail that "the

14   amounts on the spreadsheet were sent to each

15   plan's respective custodian, and then

16   75 percent of the gross reclaim was paid out

17   to Ganymede."

18             And in 2015, why was 75 percent of

19   the gross reclaim paid out to Ganymede?

20        A    In late 2014, after the partners of

21   Argre decided not to work together, we

22   weren't sure we would be able to continue

23   doing business with Solo Capital or its

24   related entities.

25             And as I mentioned, two of my
```

```
 1    former partners, Mr. Stein and Mr. Lhote, had

 2    decided to go off and do business on their

 3    own.  And they had acquired North Channel

 4    Bank, got authorizations to have it act as a

 5    custodian, had decided to work with former

 6    employees of Solo, and were going to be

 7    effectively competing in this dividend

 8    arbitrage marketplace.

 9           So with respect to Solo Capital,

10    where Mr. Van Merkensteijn and myself, and

11    ultimately Mr. Klugman, preferred to continue

12    our relationship and client business, we had

13    discussions that initially were tense because

14    Mr. Shah thought that Mr. Van Merkensteijn

15    and myself were investors in the bank, aware

16    of the developments, were going to be

17    competing.

18           And we assured them that that was

19    farthest from the truth.  We had no

20    relationship with that, we're not aware of

21    it, or became aware of it at the time that

22    Argre Management effectively dissolved.

23           And Mr. Shah said that he would

24    consider allowing us to participate as

25    customers and clients with different
```

Confidential - Subject to The Protective Order
Richard Markowitz - April 9, 2021

```
 1      entities, those that were no longer
 2      affiliated with or related to Mr. Stein
 3      and -- Mr. Stein and Mr. Lhote, and the
 4      economics would most likely change because
 5      there would be additional competitors in the
 6      marketplace, North Channel Bank, the ability
 7      to get liquidity in shares would be impacted,
 8      and that we would be -- the pension plans
 9      would be receiving a lower percentage based
10      on the market pricing and the fees paid to
11      the other counterparties.
12               And that became 66 percent to
13      75 percent that would be paid away by the
14      pension plans because of this market
15      development, and perhaps Mr. Shah being upset
16      and associating Mr. Van Merkensteijn and
17      myself with the actions of my former
18      partners.
19          Q    So, in this particular case, adding
20      competitors into the market actually drove up
21      the fee as opposed to the additional
22      competitors usually driving a fee down?
23          A    No.  Additional competitors in the
24      marketplace drive up the cost of borrowing
25      shares if it's a stock lending transaction,
```