# Exhibit 45, Part 6



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION PROGRAM



000465

Date: March 18, 2013

Taxpayer: RJM CAPITAL PENSION PLAN
TIN: 46-1910855
Tax Year: 2013

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*
Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 219-A-055

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059347



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

Our Ref: BDK000087
Tax Ref: 46-1910855

06 December 2013

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **ARG BDK000087**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

GOAL TAXBACK LIMITED    7th Floor, 63 Park Lane, Croydon, Surrey, CR0 1BD    Registered in England & Wales
                        t +44 (0)203 206 7130  f +44 (0)203 691 2354    Registered Office 7th Floor, 69
                        e info@goalgroup.com                             Registered for VAT under numb

SKAT Fredensborg

Bilag nr. _____ 219-A-056

Philadelphia                              London                  Hong Kong

Confidential Pursuant to Protective Order                                   SKAT_MDL_001_00059348


**SKAT**

Claim to Relief from Danish Dividend Tax

[ ] In my capacity as beneficial owner   [X] On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: 1318621.36

**Beneficial Owner**
Full name
RJM Capital Pension Plan
Full address
1010 Fifth Avenue - Suite 1D, New York
NY 10028
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed

As documentation is enclosed dividend advice(s), number: 1

*(This documentation is obligatory)*

**Financial institution**
The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no |
|---|---|
|  | 34015159 |

| SWIFT | BLZ | IBAN |
|---|---|---|
| NWBKGB2L |  | IBAN GB88NWBK60730134015159 |

On reclaim please quote:-000 DK 87

**Certification of the competent authority**
It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and U.S.A.

Date   Official stamp and signature

When signed to be forwarded to:   **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

**SKAT Fredensborg**

Bilag nr. 219-A-057

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059349



10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
Issue Date: 2nd December 2013, Issue No: 680

RJM Capital LLC Pension Plan
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

Date: 2nd December 2013

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 2nd December 2013. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | CHR HANSEN HOLDING A/S |
| Sedol: | B573M11 |
| ISIN: | DK0060227585 |
| Pay Date: | 2nd December 2013 |
| No of Shares: | 780,157 |
| Gross Dividend: | DKK 4,883,782.82 |
| Tax: | DKK 1,318,621.36 |
| Net Dividend: | DKK 3,565,161.46 |

Name: Sanjay Shah
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of t
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Numb

SKAT Fredensborg

Bilag nr. _____ 219-A-058

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059350

**RJM Capital Pension Plan**
1010 Fifth Avenue – Suite 1D
New York, NY 10028

**Power of Attorney**

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1. The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____ 219-A-059

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

Executed as a deed by -

Name of pension plan:    RJM Capital Pension Plan

Acting by name(s) of:    Adam LaRosa – Authorized Representative

Duly authorised
signatory(ies)

SKAT Fredensborg

Bilag nr. _____ 219-A-060

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059352



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA  19255

Date: March 18, 2013



000465

Taxpayer: RJM CAPITAL PENSION PLAN
     TIN: 46-1910855
Tax Year: 2013

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. _____ 219-A-061

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059353



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

Our Ref: BDK000104
Tax Ref: 46-1910855

13 December 2013

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **ARG BDK000104**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

GOAL TAXBACK LIMITED

Philadelphia    London    Hong Kong

SKAT Fredensborg
Bilag nr. _____ 219-A-062

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059354



## SKAT

Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner  ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **1746360.00**

**Beneficial Owner**
Full name: RJM Capital Pension Plan
Full address: 1010 Fifth Avenue - Suite 1D, New York NY 10028 USA
E-mail: clientservices@goalgroup.com

Signature Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number: 1
*(This documentation is obligatory)*

**Financial Institution**
The amount is requested to be paid to:
Name and address:
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

Reg. no: —  Account no: 34015159
SWIFT: NWBKGB2L   BLZ: —   IBAN: GB88NWBK60730134015159

On reclaim please quote: 000 DK 104

**Certification of the competent authority**: It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and U.S.A.

Date .................... Official stamp and signature

When signed to be forwarded to:
**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20a)
06.003 ENG

SKAT Fredensborg
Bilag nr. 219-A-063

Confidential Pursuant to Protective Order                                        SKAT_MDL_001_00059355


Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

## DIVIDEND CREDIT ADVICE
Issue Date: 11th December 2013, Issue No: 721

RJM Capital LLC Pension Plan
1010 Fifth Avenue
Apt 1D
New York, NY 10028 USA

Date: 11th December 2013

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 11th December 2013. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | COLOPLAST-B SHARES |
| Sedol: | B8FMRX8 |
| ISIN: | DK0060448595 |
| Pay Date: | 11th December 2013 |
| No of Shares: | 924,000 |
| Gross Dividend: | DKK 6,468,000.00 |
| Tax: | DKK 1,746,360.00 |
| Net Dividend: | DKK 4,721,640.00 |

..................................................
Name: Sanjay Shah
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Conduct Authority of the
(FCA Registration Number 566533, Company Number OC367979, VAT Registration Number

SKAT Fredensborg

Bilag nr._____219-A-064

Confidential Pursuant to Protective Order                                           SKAT_MDL_001_00059356

*RJM Capital Pension Plan*
*1010 Fifth Avenue – Suite 1D*
*New York, NY 10028*

**Power of Attorney**

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by <u>RJM Capital Pension Plan</u> ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1. The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____ 219-A-065

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059357

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

Executed as a deed by -

Name of pension plan:           RJM Capital Pension Plan

Acting by name(s) of:           Adam LaRosa – Authorized Representative

Duty authorised signatory(ies):

SKAT Fredensborg

Bilag nr. _____ 219-A-066

Confidential Pursuant to Protective Order