# Exhibit 45, Part 9



## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner     ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **2141783.64**

**Beneficial Owner**

Full name
RJM Capital Pension Plan

Full address
1010 Fifth Avenue - Suite 1D, New York
NY 10028
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:  **1**

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

| Reg. no | Account no | | |
|---|---|---|---|
| | 34015159 | | |
| SWIFT | BLZ | IBAN | |
| NWBKGB2L | | IBAN GB88NWBK60730134015159 | |

On reclaim please quote: 000 DK 141

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and     **U.S.A.**

..........................................................
Date     Official stamp and signature

When signed to be forwarded to:     Skattecenter Høje-Taastrup
Postboks 60
DK-2630 Taastrup

2010.07 (gl nr U 30x)
06.003 ENG

SKAT Fredensborg

Bilag nr. _____ 219-A-091

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059383


Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
Issue Date: 24-03-2014, Issue No: 1,018

RJM Capital LLC Pension Plan
1010 Fifth Avenue
Apt 1D
New York
NY 10028

Date: 24-03-2014

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 24-03-2014. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | Danske Bank A/S |
| Sedol: | 4588825 |
| ISIN: | DK0010274414 |
| Ex Date: | 19-03-2014 |
| Record Date: | 21-03-2014 |
| Pay Date: | 24-03-2014 |
| Dividend Per Share: | DKK 2.00 |
| No of Shares: | 3,966,266 |
| Gross Dividend: | DKK 7,932,532.00 |
| Tax: | DKK 2,141,783.64 |
| Net Dividend: | DKK 5,790,748.36 |

Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. _____ 219-A-092

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059384

**RJM Capital Pension Plan**
1010 Fifth Avenue – Suite 1D
New York, NY 10028

## Power of Attorney

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1. The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

---

SKAT Fredensborg

Bilag nr. _____ 219-A-093

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

Executed as a deed by -

Name of pension plan:  RJM Capital Pension Plan

Acting by name(s) of  Adam LaRosa – Authorized Representative

Duly authorised signatory(ies).

*[signature]*

SKAT Fredensborg

Bilag nr. _____ 219-A-094

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059386



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM



001221

Date: March 3, 2014

Taxpayer: RJM CAPITAL PENSION PLAN
TIN: 46-1910855
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. ____219-A-095

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059387



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

Our Ref: BDK000164
Tax Ref: 46-1910855

28 March 2014

Dear Sir or Madam,

RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote referenceARG BDK000164.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

GOAL TAXBACK LIMITED   7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG   Registered in England & Wales
t +44 (0)208 760 7130  f +44 (0)208 681 2854   Registered Office: 7th Floor, 69
info@goalgroup.com   Registered for VAT under numb

SKAT Fredensborg
Bilag nr. 219-A-096

Philadelphia   London   Hong Kong

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059388

# Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

Our Ref: BDK000164
Tax Ref: 46-1910855

28 March 2014

Dear Sir or Madam,

RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference ARG BDK000164.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

**Please sign below and return to acknowledge receipt**
**Signed                                    Dated**

GOAL TAXBACK LIMITED     7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG     Registered in England & Wales
                         t +44 (0)208 760 7130  f +44 (0)208 681 2854           Registered Office: 7th Floor, 69
                         e info@goalgroup.com                                    Registered for VAT under Jersey

SKAT Fredensborg

Bilag nr. _____ 219-A-097

Philadelphia            London            Hong Kong

Confidential Pursuant to Protective Order                                SKAT_MDL_001_00059389



## Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner  ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK: **16141646.39**

**Beneficial Owner**

Full name
RJM Capital Pension Plan

Full address
1010 Fifth Avenue - Suite 1D, New York
NY 10028
USA

E-mail
clientservices@goalgroup.com

Signature Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed.*

As documentation is enclosed dividend advice(s), number: **2**

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street Branch Croydon

Reg. no.  Account no. **34015159**

SWIFT **NWBKGB2L**  BLZ  IBAN **GB88NWBK60730134015159**

On reclaim please quote:-000 DK 164

**Certification of the competent authority**
It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and U.S.A.

Date  Official stamp and signature

When signed to be forwarded to:
Skattecenter Høje-Taastrup
Postboks 60
DK-2630 Taastrup

06.003 ENG

SKAT Fredensborg
Bilag nr. 219-A-098


Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
Issue Date: 26-03-2014, Issue No: 1,190

**RJM Capital LLC Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028

Date: 26-03-2014

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 26-03-2014. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | CARLSBERG AS-B |
| Sedol: | 4169219 |
| ISIN: | DK0010181759 |
| Ex Date: | 21-03-2014 |
| Record Date: | 25-03-2014 |
| Pay Date: | 26-03-2014 |
| Dividend Per Share: | DKK 8.00 |
| No of Shares: | 519,918 |
| Gross Dividend: | DKK 4,159,344.00 |
| Tax: | DKK 1,123,022.88 |
| Net Dividend: | DKK 3,036,321.12 |

............................................
Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg
Bilag nr. _____ 219-A-099

Confidential Pursuant to Protective Order       SKAT_MDL_001_00059391


Solo Capital

10 Exchange Square,
Primrose Street, London, EC2A 2EN

# DIVIDEND CREDIT ADVICE
Issue Date: 26-03-2014, Issue No: 1,276

**RJM Capital LLC Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028

Date: 26-03-2014

Dear Sirs,

Please be advised that we have credited your account RJM01, for the value date of 26-03-2014. This payment represents the dividend as shown below:

| | |
|---|---|
| Security Name: | NOVO NORDISK A/S-B |
| Sedol: | 7077524 |
| ISIN: | DK0060102614 |
| Ex Date: | 21-03-2014 |
| Record Date: | 25-03-2014 |
| Pay Date: | 26-03-2014 |
| Dividend Per Share: | DKK 4.50 |
| No of Shares: | 12,361,007 |
| Gross Dividend: | DKK 55,624,531.50 |
| Tax: | DKK 15,018,623.50 |
| Net Dividend: | DKK 40,605,908.00 |

*signature*

Name: Sanjay Shah
Solo Capital Partners LLP

SKAT Fredensborg

Bilag nr. _____ 219-A-100

Confidential Pursuant to Protective Order

SKAT_MDL_001_00059392



CERTIFICATION PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014



001221

Taxpayer: RJM CAPITAL PENSION PLAN
TIN: 46-1910855
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is a trust forming part of a pension, profit sharing, or stock bonus plan qualified under section 401(a) of the U.S. Internal Revenue Code, which is exempt from U.S. taxation under section 501(a), and is a resident of the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 219-A-101

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order                          SKAT_MDL_001_00059393

*RJM Capital Pension Plan*
*1010 Fifth Avenue – Suite 1D*
*New York, NY 10028*

Power of Attorney

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1. The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____ 219-A-102

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

Executed as a deed by :

Name of pension plan:          RJM Capital Pension Plan

Acting by name(s) of           Adam LaRosa — Authorized
                               Representative
Duly authorised
signatory(ies)

SKAT Fredensborg

Bilag nr. _____ 219-A-103

Confidential Pursuant to Protective Order                          SKAT_MDL_001_00059395