# Exhibit 21

## Arnold & Porter Kaye Scholer LLP

### Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | **General - Total** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355007



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      March 4, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                       **Invoice#:** 626801
**Our File Number:** 00647/0001                       **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|            |                          | Hours |
|------------|--------------------------|------:|
| 01/12/2010 | Ben-Jacob, Michael       | 1.00  |
| 01/21/2010 | Ben-Jacob, Michael       | 0.67  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 02/02/2010 | Migliaccio, Christopher  | 2.75  |
| 02/03/2010 | Migliaccio, Christopher  | 1.00  |
| 02/04/2010 | Migliaccio, Christopher  | 1.50  |
| 02/05/2010 | Ben-Jacob, Michael       | 0.17  |
| 02/05/2010 | Migliaccio, Christopher  | 2.75  |
| 02/11/2010 | Ben-Jacob, Michael       | 0.25  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

  **RE:** General                                             **Invoice#:** 626801
  **Our File Number:** 00647/0001                             **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════

████████████████████████████████████████████

02/11/2010  Migliaccio, Christopher                                    3.50

██████████████████████████████████████████████

                                    Total Hours................    13.75

                  Fees through 02/28/2010....................    $6,026.25


        *----------------------------TIME AND FEE SUMMARY----------------------------*
                              Rate        Hours        Fees
        Ben-Jacob, Michael          $685.00       2.25      $1,541.25
        Migliaccio, Christopher       390.00      11.50       4,485.00

                  Fees through 02/28/2010...............    13.75     $6,026.25


        Fees this Invoice..........................................................    $6,026.25
        **Total Due this Invoice............................................    $6,026.25**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355009

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     March 4, 2010

   **RE:** General                                       **Invoice#:** 626801
   **Our File Number:** 00647/0001                              **PAGE:**   3

═══════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355010**



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      April 12, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                              **Invoice#:** 631064
**Our File Number:** 00647/0001                                **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

| | | Hours |
|---|---|---|
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.58 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 02/02/2010 | Ben-Jacob, Michael | 1.00 |
| 03/16/2010 | Ben-Jacob, Michael | 0.75 |

03/16/2010  Ben-Jacob, Michael — Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

---

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                          April 12, 2010

RE: General                                                    **Invoice#:** 631064
**Our File Number:** 00647/0001                                    **PAGE:**   2

| Date | | Hours |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours................    13.01

Fees through 03/31/2010....................................    $8,723.50


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |


\*---------------------------------OUTSTANDING BALANCE---------------------------------\*


**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355012

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    April 12, 2010

**RE:** General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                                **PAGE:**    3

| Invoice# | Date | Amount |
|----------|------|--------|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due............................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice................................................................ | $8,723.50 |
| Total Due this Invoice........................................................ | $8,723.50 |
| Prior Balance Due (from above)............................................ | 6,026.25 |
| **TOTAL DUE**............................................................... | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                  WH_MDL_00355013

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    April 12, 2010

RE: General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    4

===================================================================

<u>Kaye Scholer LLP</u>

425 Park Avenue
New York, NY  10022-3598
212-836-8000
Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                        May 4, 2010
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com
        Attn: John H. van Merkensteijn, III


        **RE:** General                              **Invoice#:** 632796
        **Our File Number:** 00647/0001              **PAGE:**    1

___

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/04/2010

___

On-Account Fees................................................    $268.55
Adjusted Fees..........................................................    $268.55
**Total Due this Invoice..............................................................**    **$268.55**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355015



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 632796
Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355016



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                         May 10, 2010
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|  |  | Hours |
|---|---|---|
| 04/16/2010 | Tuchman, L. | 0.75 |
|  | ████████████████████████ |  |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
|  | Attention to matters needed for Irish/German dividend deal. |  |
| 04/20/2010 | Tuchman, L. | 0.75 |
|  | ████████████████████████ |  |
| 04/22/2010 | Tuchman, L. | 0.33 |
|  | ████████████████ |  |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
|  | ████████████████ |  |
| 04/23/2010 | Tuchman, L. | 4.25 |
|  | ████████████████████ |  |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
|  | ████████████████████ |  |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
|  | ████████████████ |  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          May 10, 2010

RE: General                                              Invoice#: 633095
Our File Number: 00647/0001                                  PAGE:    2

===============================================================================

| 04/27/2010 | Schneider, W.H. | 0.25 |
|---|---|---|
| | ███████████████████████████ | |
| 04/27/2010 | Tuchman, L. | 4.58 |
| | ███████████████████████████████ | |
| | | |
| 04/28/2010 | Ben-Jacob, Michael | 0.25 |
| | ███████████████████████████ | |
| 04/28/2010 | Tuchman, L. | 4.25 |

04/28/2010  Tuchman, L.                                                4.25
            Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
            conference call with potential investor; office conferences with M. Ben-
            Jacob re: proposed structure; revision of steps outline and charts; research
            carried interest issues and office conference with G. Benson.

04/29/2010  Ben-Jacob, Michael                                        0.83
            ███████████████████████████████

04/29/2010  Schneider, W.H.                                           0.25
            ██████████████████████

04/29/2010  Tuchman, L.                                               1.83
            ███████████████████████████████
                                                                  -----------
                                        Total Hours................  22.99

                Fees through 04/30/2010...................................  $18,940.05


*---------------------------TIME AND FEE SUMMARY---------------------------------*
                                    Rate          Hours          Fees
    Ben-Jacob, Michael             $685.00          5.75       $3,938.75
    Schneider, W.H.                 875.00          0.50          437.50
    Tuchman, L.                     870.00         16.74       14,563.80
                                                -----------   -----------
                Fees through 04/30/2010...............     22.99       $18,940.05


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:**    3

===================================================================

\*-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------\*

Meals                                                    $77.90
                                                    -------------------
          Total Costs through 04/30/2010........................    $77.90


Fees this Invoice....................................................    $18,940.05
Less Discount of...............................................    (3,000.00)

Adjusted Fees...............................................................    $15,940.05
Costs this Invoice.........................................................    $77.90
Total Due this Invoice...................................................    $16,017.95
Applied On-account Value...............................................    (268.55)
**TOTAL DUE**........................................................    **$15,749.40**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355019**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                          May 10, 2010

   **RE:** General                                                   **Invoice#:** 633095
   **Our File Number:** 00647/0001                                   **PAGE:**    4

=================================================================================

Kaye Scholer LLP

                                                425 Park Avenue
                                                New York, NY  10022-3598
                                                212-836-8000
                                                Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    June 8, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 635694
**Our File Number:** 00647/0001                              **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|            |                     | Hours |
|------------|---------------------|-------|
| 03/01/2010 | Veillette, Rebecca  | 1.50  |
| 03/01/2010 | Veillette, Rebecca  | 1.00  |
| 03/03/2010 | Veillette, Rebecca  | 0.17  |
| 04/25/2010 | Tuchman, L.         | 2.75  |
| 04/26/2010 | Tuchman, L.         | 3.83  |
| 04/30/2010 | Tuchman, L.         | 1.33  |
| 05/02/2010 | Tuchman, L.         | 1.75  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355021**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                         June 8, 2010

RE: General                                              **Invoice#:** 635694
**Our File Number:** 00647/0001                          **PAGE:**    2

═══════════════════════════════════════════════════════════════════

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/03/2010 | Tuchman, L. | Telephone conferences with M. Stein and J. Van Merkensteijn. | 0.75 |
| 05/03/2010 | Benson, Gregg M | ██████████████████████████ | 4.00 |
| 05/04/2010 | Tuchman, L. | ██████████████████████████ | 0.75 |
| 05/05/2010 | Tuchman, L. | ██████████████████████████ | 0.75 |
| 05/05/2010 | Woodard, A.F. | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | 1.75 |
| 05/06/2010 | Tuchman, L. | ██████████████████████████ | 1.00 |
| 05/06/2010 | Woodard, A.F. | Review of material re possible investment strategies. | 1.50 |
| 05/07/2010 | Woodard, A.F. | ██████████████████████████ | 0.67 |
| 05/09/2010 | Tuchman, L. | ██████████████ | 1.00 |
| 05/10/2010 | Woodard, A.F. | ██████████████ | 0.25 |

                                                          ----------
                                   Total Hours................ 24.75

              Fees through 05/31/2010................................. $19,094.80

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355022**

## KAYE SCHOLER LLP

TO:   Argre Management LLC                                                      June 8, 2010

**RE:** General                                                      **Invoice#:** 635694
**Our File Number:** 00647/0001                                       **PAGE:**   3

═══════════════════════════════════════════════════════════════════

|                      | Rate      | Hours  | Fees        |
|----------------------|-----------|--------|-------------|
| Tuchman, L.          | $870.00   | 13.91  | $12,101.70  |
| Woodard, A.F.        | 895.00    | 4.17   | 3,732.15    |
| Benson, Gregg M      | 625.00    | 4.00   | 2,500.00    |
| Veillette, Rebecca   | 285.00    | 2.67   | 760.95      |
| Fees through 05/31/2010.............. |  | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------\*

Transportation                                                      $132.50
Total Costs through 05/31/2010........................                $132.50


Fees this Invoice...........................................................          $19,094.80
Costs this Invoice..........................................................             $132.50
**Total Due this Invoice................................................**          **$19,227.30**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                              June 8, 2010

RE: General                                                    Invoice#: 635694
Our File Number: 00647/0001                                       PAGE:   4

====================================================================

Kaye Scholer LLP

                                                   425 Park Avenue
                                                   New York, NY  10022-3598
                                                   212-836-8000
                                                   Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355024



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                  October 6, 2010
          40 West 57th Street
          New York, New York  10019
          Attn: John H. van Merkensteijn, III

**RE:** General                         **Invoice#:** 646735
**Our File Number:** 00647/0001           **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|  |  | Hours |
|---|---|---|
| 09/07/2010 | Ben-Jacob, Michael | 0.33 |
| 09/20/2010 | Tuchman, L. | 0.42 |
| 09/21/2010 | Ben-Jacob, Michael | 0.50 |
| 09/21/2010 | Tuchman, L. | 0.42 |
| 09/27/2010 | Ben-Jacob, Michael | 0.50 |
| 09/27/2010 | Tuchman, L. | 1.00 |

Total Hours................. 3.17

Fees through 09/30/2010................................... $2,511.85

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 1.33 | $911.05 |

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                              October 6, 2010

   **RE:** General                                                    **Invoice#:** 646735
   **Our File Number:** 00647/0001                                        **PAGE:**   2

Tuchman, L.                              870.00          1.84          1,600.80
                      Fees through 09/30/2010...............      3.17        $2,511.85


Fees this Invoice.............................................................................      $2,511.85
**Total Due this Invoice.............................................................**      **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355027**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    December 9, 2010
        40 West 57th Street
        New York, New York 10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                          | Hours |
|------------|--------------------------|-------|
| 11/09/2010 | Ben-Jacob, Michael       | 1.67  |
|            | Call with Matt regarding dividend transaction. Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael       | 0.25  |
| 11/11/2010 | Soloveichik, Sarah       | 0.17  |
| 11/12/2010 | Ben-Jacob, Michael       | 0.33  |
| 11/17/2010 | Tuchman, L.              | 2.75  |
| 11/18/2010 | Ben-Jacob, Michael       | 0.33  |
| 11/18/2010 | Gartner, Gary J          | 1.00  |
| 11/18/2010 | Tuchman, L.              | 0.83  |
| 11/19/2010 | Ben-Jacob, Michael       | 0.17  |
| 11/19/2010 | Gartner, Gary J          | 1.83  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          December 9, 2010

RE: General                                                 **Invoice#:** 653901
**Our File Number:** 00647/0001                             **PAGE:**    2

═══════════════════════════════════════════════════════════════════



| | | |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                          Total Hours................   27.67

                    Fees through 11/30/2010...................................   $22,438.45

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355029**

KAYE SCHOLER LLP

| | | | |
|---|---|---|---|
| TO: | Argre Management LLC | | December 9, 2010 |

| | |
|---|---|
| **RE:** General | **Invoice#:** 653901 |
| **Our File Number:** 00647/0001 | **PAGE:** 3 |

═══════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due......................................................................... | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................................. | $22,438.45 | |
| Less Discount of................................................. | (2,069.85) | |
| Adjusted Fees......................................................................... | | $20,368.60 |
| Total Due this Invoice......................................................... | | $20,368.60 |
| Prior Balance Due (from above)................................................. | | 2,511.85 |
| **TOTAL DUE**........................................................................... | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355031



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    January 28, 2011
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III


RE: General                                           Invoice#: 657645
Our File Number: 00647/0001                              PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | Hours |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
| | Telephone conference regarding withholding issue and consideration of Code provision. | |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
| | Discussion with Louis Tuchman concerning foreign tax credit issues. | |
| 12/01/2010 | Tuchman, L. | 2.17 |
| | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ██████████████████████ | |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
| | Received background information from Louis Tuchman. | |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
| | ████████████████████████████████ | |
| 12/02/2010 | Gartner, Gary J | 1.08 |
| | Consider issues regarding single stock future. | |
| 12/02/2010 | Tuchman, L. | 0.25 |
| | Office conference with M.B. Jacobs re: domain trading. | |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
| | ████████████████████████████████ | |
| 12/03/2010 | Gartner, Gary J | 0.83 |
| | ████████████████████████████████ | |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

KAYE SCHOLER LLP

TO:   Argre Management LLC                                    January 28, 2011

RE: General                                           **Invoice#:** 657645
**Our File Number:** 00647/0001                           **PAGE:**   2

===============================================================================

|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. | |
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
|            | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. | |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
|            | Call with Jerome re German tax refund/FTC questions ████████ | |
| 12/06/2010 | Wells, Peter B | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
| 12/07/2010 | Wells, Peter B | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
| 12/08/2010 | Tuchman, L. | 1.25 |
| 12/08/2010 | Wells, Peter B | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
| 12/09/2010 | Wells, Peter B | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355033**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

    RE: General                                           **Invoice#:** 657645
    **Our File Number:** 00647/0001                       **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════

12/21/2010   Ben-Jacob, Michael    ██████████████████████████        0.50

12/22/2010   Ben-Jacob, Michael    ██████████████████████████        0.25

12/28/2010   Wells, Peter B        ███████████████████████████████   1.17

12/30/2010   Wells, Peter B        ██████████████████               0.25
                                                                ----------
                                        Total Hours.................   30.42
                    Fees through 12/31/2010....................  $18,780.00


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
|                          | Rate     | Hours  | Fees       |
|--------------------------|----------|--------|------------|
| Ben-Jacob, Michael       | $685.00  | 7.83   | $5,363.55  |
| Gartner, Gary J          | 930.00   | 3.66   | 3,403.80   |
| Scheine, Jeffrey D       | 820.00   | 0.50   | 410.00     |
| Tuchman, L.              | 870.00   | 3.67   | 3,192.90   |
| Soloveichik, Sarah       | 290.00   | 3.25   | 942.50     |
| Wells, Peter B           | 475.00   | 11.51  | 5,467.25   |
|                          |          |        |            |
| Fees through 12/31/2010..|          | 30.42  | $18,780.00 |


Fees this Invoice..................................   $18,780.00
Less Discount of................................      (3,780.00)
Adjusted Fees...........................................   $15,000.00

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355034**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

**RE:** General                                              **Invoice#:** 657645
**Our File Number:** 00647/0001                                  **PAGE:**    4

**Total Due this Invoice**............................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

|  |  | Hours |
|---|---|---|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
|  | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. |  |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
|  | Call with John re ex-dividend transaction; related consideration of memo. |  |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
|  | Attention to memo. |  |
| 02/04/2011 | Abramowitz, L. | 0.50 |
|  | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. |  |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
|  | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. |  |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
|  | Review US/German Tax treaty and structuring memo. |  |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
|  | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. |  |
| 02/07/2011 | Tuchman, L. | 1.67 |
|  | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. |  |
| 02/07/2011 | Woodard, A.F. | 0.17 |
|  | Review of material re German investment. |  |
| 02/07/2011 | Wells, Peter B | 1.25 |
|  | ███████████████████████████████████ |  |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
|  | Call with Matt, John and Jerome re ex-dividend transaction███████ |  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              March 15, 2011

    **RE:** General                                              **Invoice#:** 663115
    **Our File Number:** 00647/0001                              **PAGE:**   2

| | | |
|---|---|---|
| 02/08/2011 | Tuchman, L. | 3.25 |
| | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | |
| 02/08/2011 | Woodard, A.F. | 1.84 |
| | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | |
| 02/08/2011 | Wells, Peter B | 1.00 |
| | ██████████████████████████████████ | |
| 02/09/2011 | Ben-Jacob, Michael | 1.83 |
| | Calls with John re ex-dividend transaction; related conference call with London advisors. | |
| 02/09/2011 | Tuchman, L. | 2.17 |
| | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | |
| 02/09/2011 | Woodard, A.F. | 0.92 |
| | Conference call client; office conference L. Tuchman and review of material. | |
| 02/09/2011 | Wells, Peter B | 0.67 |
| | ██████████████████████████████████ | |
| 02/09/2011 | Wells, Peter B | 1.50 |
| | ██████████████████████████████████ | |
| 02/10/2011 | Ben-Jacob, Michael | 0.50 |
| | ██████████████████████████████████ | |
| 02/10/2011 | Eichel, Steven R | 0.54 |
| | ██████████████████████████████████ | |
| 02/10/2011 | Wells, Peter B | 1.50 |
| | ██████████████████████████████████ | |
| 02/11/2011 | Ben-Jacob, Michael | 0.75 |
| | ██████████████████████████████████ | |
| 02/11/2011 | Eichel, Steven R | 0.67 |
| | ██████████████████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:     Argre Management LLC                                    March 15, 2011

**RE:** General                                           **Invoice#:** 663115
**Our File Number:** 00647/0001                            **PAGE:**   3



| Date | Name | Hours |
|------|------|-------|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours.................  35.55

Fees through 02/28/2011....................................  $24,855.40

*-------------------------------TIME AND FEE SUMMARY--------------------------------*
                        Rate        Hours        Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355039**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                          March 15, 2011

**RE:** General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                      **PAGE:**   4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice.................................................  $24,855.40
Less Discount of.................................................  (4,000.00)
Adjusted Fees........................................................................  $20,855.40
**Total Due this Invoice...............................................................**  **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355041

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III

August 9, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 676549
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | **Hours** |
|---|---|---|
| 07/12/2011 | Eichel, Steven R | 0.75 |
| 07/19/2011 | Tuchman, L. | 0.75 |
|  | Total Hours................ | 1.50 |
|  | Fees through 07/31/2011.................................... | $1,173.75 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... |  | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| Transportation | $293.70 |
|---|---|
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011......................... | $319.95 |

| Fees this Invoice............................................................... | $1,173.75 |
|---|---|
| Costs this Invoice............................................................... | $319.95 |
| **Total Due this Invoice.................................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355043**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                  September 12, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 679893
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  |  | **Hours** |
|---|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | | 1.00 |
| ███████████████████████████ | | | |
| 08/16/2011 | Ben-Jacob, Michael | | 0.17 |
| ███████████████████ | | | |
| | | Total Hours................. | 1.17 |
| | Fees through 08/31/2011.................................... | | $830.70 |

*------------------------------TIME AND FEE SUMMARY------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due............................................................ | | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                               September 12, 2011

    **RE:** General                                          **Invoice#:** 679893
    **Our File Number:** 00647/0001                          **PAGE:**    2

---

Fees this Invoice...........................................................................    $830.70

Total Due this Invoice...............................................................    $830.70

Prior Balance Due (from above)..................................................    1,493.70

**TOTAL DUE**.............................................................................    **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355046



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    October 11, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

RE: General                                        Invoice#: 682560
Our File Number: 00647/0001                            PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
|  | Call with Matt regarding pension structure for next ex-dividend deal. |  |
| 09/12/2011 | Woodard, A.F. | 1.75 |
|  | Office conference M. Ben-Jacob and research re proposed transaction. |  |
| 09/13/2011 | Woodard, A.F. | 3.17 |
|  | Office conference M. Ben-Jacob and research re proposed transaction. |  |
| 09/14/2011 | Woodard, A.F. | 4.00 |
|  | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. |  |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
|  | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. |  |
| 09/15/2011 | Woodard, A.F. | 2.17 |
|  | Office conference M. Ben-Jacob and review of material re UBTI and other issues. |  |
| 09/16/2011 | Woodard, A.F. | 0.83 |
|  | Review of material re UBTI and other issues. |  |
| 09/20/2011 | Woodard, A.F. | 0.25 |
|  | Telephone conference L. Tuchman re UBTI. |  |
| 09/21/2011 | Woodard, A.F. | 1.42 |
|  | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. |  |
| 09/22/2011 | Woodard, A.F. | 0.42 |

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                    October 11, 2011

RE: General                                                   **Invoice#:** 682560
**Our File Number:** 00647/0001                                **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

09/23/2011   Woodard, A.F.                                          0.50

09/28/2011   Ben-Jacob, Michael                                     0.17

09/28/2011   Veillette, Rebecca                                     2.25

09/29/2011   Veillette, Rebecca                                     0.25

09/30/2011   Veillette, Rebecca                                     1.08
                                                              ----------
                                   Total Hours................   19.93

              Fees through 09/30/2011....................   $13,970.50


*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate          Hours          Fees
Ben-Jacob, Michael          $710.00          1.84       $1,306.40
Woodard, A.F.                800.00         14.51        11,608.00
Veillette, Rebecca           295.00          3.58         1,056.10

              Fees through 09/30/2011...............   19.93    $13,970.50

*-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*
Corp. Filings & Searches                                   $661.75
                                                   --------------------
          Total Costs through 09/30/2011.........................   $661.75


          Fees this Invoice.........................................................   $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    October 11, 2011

**RE:** General                                              **Invoice#:** 682560
**Our File Number:** 00647/0001                              **PAGE:**   3

Costs this Invoice.........................................................................   $661.75
**Total Due this Invoice................................................................**   **$14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                  November 14, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 685991
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                      | Hours |
|------------|----------------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                                   | 0.08  |
| 10/03/2011 | Eichel, Steven R                                                     | 1.83  |
| 10/04/2011 | Veillette, Rebecca                                                   | 0.33  |
| 10/05/2011 | Eichel, Steven R                                                     | 0.67  |
| 10/05/2011 | Veillette, Rebecca                                                   | 0.42  |
| 10/10/2011 | Ben-Jacob, Michael<br>Conference with Woody regarding pension/ex-dividend strategy. | 0.17  |
| 10/10/2011 | Woodard, A.F.<br>Office conference M. Ben-Jacob and review of material. | 0.25  |
| 10/12/2011 | Ben-Jacob, Michael                                                   | 0.50  |
| 10/12/2011 | Woodard, A.F.<br>Review of material.                                 | 0.50  |
| 10/13/2011 | Woodard, A.F.<br>Review of material re proposed transaction.         | 1.50  |
| 10/17/2011 | Briggs, Lindsey V                                                    | 0.33  |
| 10/18/2011 | Ben-Jacob, Michael<br>Attention to ex-dividend strategy; related conference with Woody. | 1.08  |
| 10/19/2011 | Ben-Jacob, Michael                                                   | 0.50  |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355051

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                              November 14, 2011

**RE:** General                                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                                       **PAGE:**   2

════════════════════════════════════════════════════════════════════

Call with Matt, Jerome and Woody regarding pension - ex dividend
planning.
10/19/2011   Woodard, A.F.                                                    1.25
             ████████████████████████████████████████████████████;
             conference call M. Ben-Jacob and client re proposed investment.
                                                                        ──────────
                                    Total Hours................   9.41

                     Fees through 10/31/2011...................   $6,535.85


    *---------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate        Hours          Fees
    Ben-Jacob, Michael       $710.00       2.33        $1,654.30
    Woodard, A.F.             800.00       3.50         2,800.00
    Eichel, Steven R          690.00       2.50         1,725.00
    Briggs, Lindsey V         410.00       0.33           135.30
    Veillette, Rebecca        295.00       0.75           221.25
                                        ─────────    ─────────
             Fees through 10/31/2011...............   9.41        $6,535.85



    Fees this Invoice..........................................................   $6,535.85
    **Total Due this Invoice...............................................   $6,535.85**

                **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**       **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355053



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                December 12, 2011
         40 West 57th Street
         New York, New York 10019

**RE:** General                                           **Invoice#:** 688474
**Our File Number:** 00647/0001                           **PAGE:**    1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2011

===============================================================

|            |                                                              | **Hours** |
|------------|--------------------------------------------------------------|-----------|
| 11/08/2011 | Tuchman, L.                                                  | 1.25      |
|            | Telephone conference with M. Stein; research re: proposed structure. |     |
| 11/09/2011 | Tuchman, L.                                                  | 0.75      |
|            | Research and telephone conference with M. Stein.             |           |
| 11/10/2011 | Ben-Jacob, Michael                                           | 0.25      |
|            | Call with Matt and Jerome regarding potential planning.      |           |

Total Hours................. 2.25

Fees through 11/30/2011.................................... $1,927.50

\*-------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                     | Rate      | Hours | Fees      |
|---------------------|-----------|-------|-----------|
| Ben-Jacob, Michael  | $710.00   | 0.25  | $177.50   |
| Tuchman, L.         | 875.00    | 2.00  | 1,750.00  |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011----------------------\*

Corp. Filings & Searches                                   $224.25

Total Costs through 11/30/2011......................... $224.25

\*---------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 685991   | 11/14/2011 | $6,535.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          December 12, 2011

**RE:** General                                                           **Invoice#:** 688474
**Our File Number:** 00647/0001                                          **PAGE:**    2

===========================================================================

Prior Balance Due..........................................................    $6,535.85


Fees this Invoice..........................................................    $1,927.50
Costs this Invoice.........................................................     $224.25
Total Due this Invoice.....................................................    $2,151.75
Prior Balance Due (from above)...............................................    6,535.85
**TOTAL DUE**..............................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                          March 31, 2012
      40 West 57th Street
      New York, New York  10019

**RE:** General                                    **Invoice#:** 696544
**Our File Number:** 00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 12/07/2011 | Veillette, Rebecca  | 1.00 |
| 12/08/2011 | Veillette, Rebecca  | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael  | 0.75 |
| 12/20/2011 | Briggs, Lindsey V   | 0.25 |
| 12/21/2011 | Briggs, Lindsey V   | 0.42 |
| 12/21/2011 | Veillette, Rebecca  | 0.50 |
| 12/22/2011 | Veillette, Rebecca  | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael  | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael  | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael  | 0.33 |
| 02/23/2012 | Stromberg, Thomas   | 1.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 31, 2012

RE: General                                                   Invoice#: 696544
Our File Number: 00647/0001                                   PAGE:    2

===============================================================================

| Date | Name | | Hours |
|------|------|---|-------|
| | ████████████████████ | | |
| 02/23/2012 | Sluder, Elizabeth C | ███████████ | 0.92 |
| 02/24/2012 | Stromberg, Thomas | ████████████████ | 0.50 |
| 02/27/2012 | Stromberg, Thomas | ████████████ | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | ████████████████████████ | 4.58 |
| 02/28/2012 | Stromberg, Thomas | ████████████████ | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | █████████████ | 1.17 |
| 03/05/2012 | Wells, Peter B | ████████████████████████ | 2.25 |
| 03/06/2012 | Wells, Peter B | █████████████ | 1.00 |
| 03/15/2012 | Wells, Peter B | █████████████████Work on | 5.00 |

issues related to due diligence for IRAs.

                                                            ----------
                          Total Hours................   24.34
                Fees through 03/31/2012....................................   $14,797.45


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|------|------|-------|------|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355058

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          March 31, 2012

RE: General                                                **Invoice#:** 696544
**Our File Number:** 00647/0001                                    **PAGE:**    3

===============================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

```
*-----------------------COSTS ADVANCED THROUGH 03/31/2012----------------------*
```

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice................................................................ | $14,797.45 |
| Costs this Invoice.............................................................. | $449.09 |
| **Total Due this Invoice................................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 14, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                          **Invoice#:** 702756
**Our File Number:**00647/0001                           **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

**Hours**

04/05/2012   Ben-Jacob, Michael                                            0.92

04/24/2012   Ben-Jacob, Michael                                            1.00

                                    Total Hours.................  1.92
            Fees through 04/30/2012....................   $1,401.60

*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                            Rate        Hours          Fees
Ben-Jacob, Michael         $730.00      1.92        $1,401.60

            Fees through 04/30/2012...............   1.92        $1,401.60

        *-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*
            Messengers/Courier                              $26.25
            Filing Fees/Court Fees                          105.00
            Total Costs through 04/30/2012.........  $131.25

            Fees this Invoice.................................................   $1,401.60

            Costs this Invoice................................................   $131.25

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**
                                                        **WH_MDL_00355061**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    May 14, 2012

**RE:** General                                               **Invoice#:** 702756
**Our File Number:** 00647/0001                               **PAGE:**    2

========================================================================

**Total Due this Invoice**..................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER         WH_MDL_00355063



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          June 18, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                **Invoice#:** 705166
**Our File Number:**00647/0001                        **PAGE:**    1

===========================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/31/2012

===========================================================

|  |  | **Hours** |
|---|---|---|
| 05/03/2012 | Ben-Jacob, Michael | 1.58 |
| 05/04/2012 | Ben-Jacob, Michael | 1.67 |

                                    Total Hours................  3.25
              Fees through 05/31/2012....................  $2,372.50


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.25 | $2,372.50 |
| Fees through 05/31/2012............... |  | 3.25 | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation |  | $11.00 |
|---|---|---|
| Messengers/Courier |  | 34.06 |
| Total Costs through 05/31/2012........................ |  | $45.06 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    June 18, 2012

**RE:** General                                          **Invoice#:** 705166
**Our File Number:** 00647/0001                            **PAGE:**    2

Prior Balance Due.............................................................    $1,532.85


Fees this Invoice.............................................................    $2,372.50
Costs this Invoice..........................................................       $45.06
Total Due this Invoice....................................................    $2,417.56
Prior Balance Due (from above)................................    1,532.85
**TOTAL DUE**............................................................    **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        July 17, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                    **Invoice#:** 708329
**Our File Number:**00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|  |  | **Hours** |
|---|---|---|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours................. 3.66

Fees through 06/30/2012.................................... $1,371.15


*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          July 17, 2012

**RE:** General                                                  **Invoice#:** 708329
**Our File Number:** 00647/0001                                 **PAGE:**    2

====================================================================

Fees through 06/30/2012...............    3.66        $1,371.15


*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due........................................................ | | $3,950.41 |


Fees this Invoice................................................................    $1,371.15
Total Due this Invoice.........................................................    $1,371.15
Prior Balance Due (from above)..................................................    3,950.41
**TOTAL DUE**................................................................    **$5,321.56**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 16, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                    **Invoice#:** 711502
**Our File Number:** 00647/0001                        **PAGE:**   1

=====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

=====================================================================

|  |  | **Hours** |
|---|---|---|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
|  | ███████████████████████ |  |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|  | Attention to forming Rajan Investments LLC. |  |

Total Hours................  1.33

Fees through 07/31/2012....................................  $392.35

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012.............. | | 1.33 | $392.35 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due....................................................... | | $1,371.15 |

Fees this Invoice.......................................................  $392.35

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355070**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    August 16, 2012

RE: General                                                   **Invoice#:** 711502
**Our File Number:** 00647/0001                                       **PAGE:**    2

Total Due this Invoice.................................................................    $392.35
Prior Balance Due (from above).................................................    1,371.15
**TOTAL DUE**.............................................................................    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355072



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 13, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                         **Invoice#:** 713751
**Our File Number:** 00647/0001                              **PAGE:**    1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 08/31/2012


|  |  | **Hours** |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. |  |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355073**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     September 13, 2012

RE: General                                                   **Invoice#:** 713751
**Our File Number:** 00647/0001                                **PAGE:**    2

Fees this Invoice..............................................................................    $1,114.50

**Total Due this Invoice................................................................    $1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355075



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                November 20, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                           **Invoice#:** 720986
**Our File Number:** 00647/0001                                 **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 09/27/2012 | Ben-Jacob, Michael     | 0.08 |
| 09/28/2012 | Ben-Jacob, Michael     | 1.42 |
| 09/29/2012 | Ben-Jacob, Michael     | 0.17 |
| 10/07/2012 | Ben-Jacob, Michael     | 0.17 |
| 10/11/2012 | Wittenberg, Daniella T | 0.33 |
| 10/16/2012 | Veillette, Rebecca     | 0.25 |
| 10/17/2012 | Wells, Peter B         | 0.75 |
| 10/17/2012 | Veillette, Rebecca     | 0.50 |
| 10/24/2012 | Veillette, Rebecca     | 1.25 |
| 10/25/2012 | Wells, Peter B         | 1.00 |
| 10/25/2012 | Veillette, Rebecca     | 1.50 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    November 20, 2012

    **RE:** General                                              **Invoice#:** 720986
    **Our File Number:** 00647/0001                              **PAGE:**    2

════════════════════════════════════════════════════════════════

10/26/2012   Veillette, Rebecca                                              0.50

                                                         ----------
                                  Total Hours................   7.92
                 Fees through 10/31/2012....................................   $3,804.90

    *--------------------------------TIME AND FEE SUMMARY---------------------------------*

|                           | Rate     | Hours | Fees       |
|---------------------------|----------|-------|------------|
| Ben-Jacob, Michael        | $730.00  | 1.84  | $1,343.20  |
| Wells, Peter B            | 640.00   | 1.75  | 1,120.00   |
| Wittenberg, Daniella T    | 490.00   | 0.33  | 161.70     |
| Veillette, Rebecca        | 295.00   | 4.00  | 1,180.00   |
| Fees through 10/31/2012...............  |  | 7.92  | $3,804.90  |

      *----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------*
        Corp. Filings & Searches                               $2,633.00
        Conference & Legal Staff/Travel Working Meals              27.57
                                                       -------------------
          Total Costs through 10/31/2012........................   $2,660.57

      Fees this Invoice........................................................   $3,804.90
      Costs this Invoice.......................................................   $2,660.57
      **Total Due this Invoice..............................................**   **$6,465.47**

            **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

December 10, 2012

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 722890
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 11/01/2012 | Wells, Peter B       | 1.42      |
| 11/05/2012 | Wells, Peter B       | 1.50      |
| 11/07/2012 | Gartner, Gary J      | 1.50      |
| 11/08/2012 | Gartner, Gary J      | 0.83      |
| 11/08/2012 | Veillette, Rebecca   | 1.33      |
| 11/09/2012 | Gartner, Gary J      | 0.67      |
| 11/12/2012 | Ben-Jacob, Michael   | 0.08      |
| 11/14/2012 | Gartner, Gary J      | 1.08      |
| 11/15/2012 | Ben-Jacob, Michael   | 0.08      |
| 11/15/2012 | Gartner, Gary J<br>Telephone conference with client and review proposed regs. | 1.17 |
| 11/16/2012 | Gartner, Gary J<br>Consider proposed regs regarding trade. | 1.17 |
| 11/19/2012 | Gartner, Gary J<br>Update thinking regarding proposed regulations. | 0.50 |
| 11/21/2012 | Gartner, Gary J<br>Consider further issues regarding proposed regs and trade. | 0.75 |
| 11/28/2012 | Gartner, Gary J<br>Consider issues under proposed regs and trade. | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 10, 2012

RE: General                                                   Invoice#: 722890
Our File Number: 00647/0001                                   PAGE:    2

---

11/29/2012  Gartner, Gary J                                                1.17
            Review of authorities on possible trade.
                                              Total Hours................  14.75
                 Fees through 11/30/2012....................  $12,924.75

*----------------------------------TIME AND FEE SUMMARY----------------------------------*
                              Rate        Hours        Fees
Ben-Jacob, Michael          $730.00        0.16      $116.80
Gartner, Gary J            1,020.00       10.34    10,546.80
Wells, Peter B               640.00        2.92     1,868.80
Veillette, Rebecca           295.00        1.33       392.35
                 Fees through 11/30/2012...............   14.75   $12,924.75

*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------*
        Transportation                                         $84.81
                 Total Costs through 11/30/2012........................  $84.81

*--------------------------------OUTSTANDING BALANCE--------------------------------*
     Invoice#            Date                              Amount
     720986           11/20/2012                         $6,465.47
        Prior Balance Due.................................................  $6,465.47


        Fees this Invoice...........................................  $12,924.75
        Costs this Invoice..........................................      $84.81
        Total Due this Invoice......................................  $13,009.56
        Prior Balance Due (from above)..............................    6,465.47
        **TOTAL DUE**..................................................  **$19,475.03**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355080**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 727062
**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | **Hours** |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| ███████████████████████████ | | |
| 12/05/2012 | Wells, Peter B | 1.75 |
| ███████████████████████████ | | |
| | Total Hours............... | 3.75 |
| | Fees through 12/31/2012.................................. | $2,400.00 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | |
|---|---|
| Fees this Invoice................................................................ | $2,400.00 |
| **Total Due this Invoice**.............................................................. | **$2,400.00** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                     February 21, 2013
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                               **Invoice#:** 728997
**Our File Number:**00647/0001                                **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 01/22/2013 | Veillette, Rebecca ███████ | 0.50 |
| 01/24/2013 | Tuchman, L. ████████████████ | 1.00 |
| 01/25/2013 | Tuchman, L. ████████████████ | 2.50 |
| 01/28/2013 | Tuchman, L. ████████████ | 2.75 |
| 01/28/2013 | Veillette, Rebecca ███████ | 1.08 |

Total Hours................. 7.83

Fees through 01/31/2013....................................        $6,231.90

*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Tuchman, L.        | $920.00  | 6.25  | $5,750.00 |
| Veillette, Rebecca | 305.00   | 1.58  | 481.90    |
| Fees through 01/31/2013............... | | 7.83  | $6,231.90 |

*------------------------COSTS ADVANCED THROUGH 01/31/2013------------------------*

| Reporters/Transcripts Fee | $99.00 |
|---------------------------|--------|
| Total Costs through 01/31/2013......................... | $99.00 |

*----------------------------------OUTSTANDING BALANCE----------------------------------*

| **Invoice#** | **Date**   | **Amount** |
|--------------|------------|------------|
| 727062       | 01/29/2013 | $2,400.00  |

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355084**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                February 21, 2013

**RE:** General                                          **Invoice#:** 728997
**Our File Number:** 00647/0001                                **PAGE:**    2

Prior Balance Due.................................................................    $2,400.00

Fees this Invoice.................................................................    $6,231.90
Costs this Invoice...............................................................    $99.00
Total Due this Invoice.........................................................    $6,330.90
Prior Balance Due (from above)............................................    2,400.00
**TOTAL DUE**.................................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355086



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 731658
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

|  |  | **Hours** |
|---|---|---|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |
|  | Total Hours................ | 1.58 |
|  | Fees through 02/28/2013.................................. | $481.90 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................ | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice............................................................ | $481.90 |
| Total Due this Invoice................................................... | $481.90 |
| Prior Balance Due (from above)................................... | 6,330.90 |
| **TOTAL DUE**............................................................. | **$6,812.80** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355088**



KAYE | SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                                April 22, 2013
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                                **Invoice#:** 734523
**Our File Number:**00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 03/04/2013 | Tuchman, L.        | 1.42      |
| 03/05/2013 | Tuchman, L.        | 1.75      |
| 03/06/2013 | Tuchman, L.        | 1.75      |
| 03/07/2013 | Tuchman, L.        | 1.00      |
| 03/07/2013 | Benson, Gregg M    | 4.00      |
| 03/08/2013 | Tuchman, L.        | 1.25      |
| 03/08/2013 | Benson, Gregg M    | 2.25      |
| 03/11/2013 | Tuchman, L.        | 1.75      |
| 03/13/2013 | Tuchman, L.        | 1.00      |
| 03/13/2013 | Benson, Gregg M    | 1.50      |
| 03/18/2013 | Schneider, W.H.    | 0.25      |
| 03/18/2013 | Snider, Vassa G    | 0.92      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355089**

**KAYE | SCHOLER** LLP

TO:     Argre Management LLC                                                April 22, 2013

RE: General                                                                **Invoice#:** 734523
**Our File Number:** 00647/0001                                            **PAGE:**   2

===========================================================================

████████████████████████████████████

| 03/19/2013 | Snider, Vassa G | 0.42 |
|---|---|---|

███████████████████

| 03/20/2013 | Veillette, Rebecca | 0.33 |
|---|---|---|

Attention to Bernina LLC documentation.

Total Hours................. 19.59

Fees through 03/31/2013.................................... $15,301.05

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Schneider, W.H. | $925.00 | 0.25 | $231.25 |
| Tuchman, L. | 920.00 | 9.92 | 9,126.40 |
| Benson, Gregg M | 715.00 | 7.75 | 5,541.25 |
| Snider, Vassa G | 225.00 | 1.34 | 301.50 |
| Veillette, Rebecca | 305.00 | 0.33 | 100.65 |
| Fees through 03/31/2013............... | | 19.59 | $15,301.05 |

\*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------\*

| Filing Fees/Court Fees | $125.00 |
|---|---|
| Total Costs through 03/31/2013......................... | $125.00 |

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 731658 | 03/25/2013 | $481.90 |
| Prior Balance Due........................................................ | | $481.90 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355090**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                       April 22, 2013

**RE:** General                                              **Invoice#:** 734523
**Our File Number:** 00647/0001                                   **PAGE:**    3

Fees this Invoice................................................................ $15,301.05
Costs this Invoice............................................................... $125.00
Total Due this Invoice........................................................ $15,426.05
Prior Balance Due (from above)............................................ 481.90
**TOTAL DUE**.................................................................... **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355092



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                        May 22, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                          **Invoice#:** 737633
**Our File Number:** 00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|            |                     | Hours |
|------------|---------------------|-------|
| 04/08/2013 | Ben-Jacob, Michael  | 1.00  |
|            | ██████████████████  |       |
| 04/08/2013 | Schneider, W.H.     | 0.50  |
|            | ██████████████████  |       |
| 04/09/2013 | Ben-Jacob, Michael  | 0.25  |
|            | ██████████████████  |       |
| 04/09/2013 | Schneider, W.H.     | 0.75  |
|            | ██████████████████  |       |
| 04/09/2013 | Benson, Gregg M     | 0.50  |
|            | ██████████████████  |       |
| 04/10/2013 | Ben-Jacob, Michael  | 0.75  |
|            | ██████████████████  |       |
| 04/10/2013 | Schneider, W.H.     | 0.50  |
|            | ██████████████████  |       |
| 04/11/2013 | Benson, Gregg M     | 1.50  |
|            | ██████████████████  |       |
| 04/12/2013 | Schneider, W.H.     | 0.50  |
|            | ██████████████████  |       |
| 04/15/2013 | Ben-Jacob, Michael  | 0.67  |
|            | ██████████████████  |       |
| 04/15/2013 | Schneider, W.H.     | 0.25  |
|            | ██████████████████  |       |
| 04/15/2013 | Benson, Gregg M     | 2.17  |
|            | ██████████████████  |       |
| 04/16/2013 | Schneider, W.H.     | 0.25  |
|            | ██████████████████  |       |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                 **WH_MDL_00355093**



TO:    Argre Management LLC                                              May 22, 2013

**RE:** General                                                          **Invoice#:** 737633
**Our File Number:** 00647/0001                                          **PAGE:**  2

| | | | |
|---|---|---|---|
| 04/16/2013 | Benson, Gregg M | | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | | 0.42 |
| 04/17/2013 | Schneider, W.H. | | 1.00 |
| 04/17/2013 | Benson, Gregg M | | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013....................................  $11,602.85


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |


Fees this Invoice.........................................................  $11,602.85
**Total Due this Invoice...............................................**  **$11,602.85**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355094



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 26, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com


**RE:** General                                    **Invoice#:** 745613
**Our File Number:** 00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---:|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

Total Hours.................    2.34

Fees through 07/31/2013....................................    $713.70


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |


Fees this Invoice...........................................................    $713.70
**Total Due this Invoice...........................................**    **$713.70**


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355096**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355097



**425 Park Avenue**
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                  September 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                            **Invoice#:** 747225
**Our File Number:**00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|            |                        | **Hours** |
|------------|------------------------|----------|
| 08/09/2013 | Ben-Jacob, Michael     | 0.50     |
|            | ███████████████        |          |
| 08/12/2013 | Sausen, David          | 1.00     |
|            | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. |  |
|            | ███████████            |          |
| 08/15/2013 | Veillette, Rebecca     | 1.50     |
|            | ███████████            |          |
| 08/16/2013 | Sausen, David          | 0.50     |
|            | ███████████ Telephone conference with M. Ben-Jacob. | |
| 08/21/2013 | Veillette, Rebecca     | 1.25     |
|            | ███████████            |          |
| 08/26/2013 | Ben-Jacob, Michael     | 1.00     |
|            | ███████████            |          |
| 08/26/2013 | Sausen, David          | 1.50     |
|            | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ███████████ |  |
| 08/27/2013 | Veillette, Rebecca     | 1.25     |
|            | ███████████            |          |

                                          Total Hours................. 8.50

              Fees through 08/31/2013....................................    $4,542.50

*-----------------------------------TIME AND FEE SUMMARY------------------------------*

**KAYE│SCHOLER** LLP

TO:    Argre Management LLC                                      September 10, 2013

**RE:** General                                                          **Invoice#:** 747225
**Our File Number:** 00647/0001                                **PAGE:**   2

=================================================================

|                          | Rate      | Hours | Fees       |
|--------------------------|-----------|-------|------------|
| Ben-Jacob, Michael       | $755.00   | 1.50  | $1,132.50  |
| Sausen, David            | 730.00    | 3.00  | 2,190.00   |
| Veillette, Rebecca       | 305.00    | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... | | 8.50 | $4,542.50  |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 745613   | 08/26/2013 | $713.70  |
| Prior Balance Due........................................................... | | $713.70 |

Fees this Invoice...................................................................    $4,542.50
Total Due this Invoice..........................................................    $4,542.50
Prior Balance Due (from above)..................................................    713.70
**TOTAL DUE...........................................................**    **$5,256.20**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355099**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    October 7, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com


**RE:** General                                      **Invoice#:** 749882
**Our File Number:**00647/0001                            **PAGE:**   1

===========================================================================

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

===========================================================================

|            |                       | **Hours** |
|------------|-----------------------|----------:|
| 09/10/2013 | Sausen, David         | 0.50      |
|            | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca    | 1.50      |
|            | ███████████████████   |           |
| 09/11/2013 | Veillette, Rebecca    | 1.08      |
|            | ███████████████████   |           |
| 09/30/2013 | Ben-Jacob, Michael    | 0.33      |
|            | █████████████████████████ |       |

Total Hours.................  3.41

Fees through 09/30/2013......................................  $1,401.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|---------:|------:|----------:|
| Ben-Jacob, Michael  | $755.00  | 0.33  | $249.15   |
| Sausen, David       | 730.00   | 0.50  | 365.00    |
| Veillette, Rebecca  | 305.00   | 2.58  | 786.90    |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |


Fees this Invoice............................................................  $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355101**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                          October 7, 2013

    **RE:** General                                          **Invoice#:** 749882
    **Our File Number:** 00647/0001                            **PAGE:**    2

---

    **Total Due this Invoice**................................................................    **$1,401.05**

        **Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355103**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      November 15, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 754424
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

|  |  | **Hours** |
|---|---|---|
| 10/06/2013 | Sausen, David | 3.00 |
|  | Tax research. Prepared email to client re: ex-dividend transaction. |  |
| 10/08/2013 | Sausen, David | 1.25 |
|  | ████████████████████ Revised email to client re: ex-dividend transaction. |  |
| 10/09/2013 | Abramowitz, L. | 0.75 |
|  | ████████████████████ |  |
| 10/09/2013 | Sausen, David | 1.00 |
|  | █████████████████████████████ |  |
| 10/10/2013 | Sausen, David | 1.00 |
|  | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. |  |

Total Hours.................  7.00

Fees through 10/31/2013....................................   $5,245.00

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... |  | 7.00 | $5,245.00 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------\*

**KAYE | SCHOLER** LLP

TO:   Argre Management LLC                                    November 15, 2013

**RE:** General                                              **Invoice#:** 754424
**Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

    Consultants/Experts                                 $1,100.00
        Total Costs through 10/31/2013.........................    $1,100.00


    Fees this Invoice..............................................................    $5,245.00
    Costs this Invoice.........................................................    $1,100.00
    **Total Due this Invoice.............................................**    **$6,345.00**

        **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355105**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                Mail Code 81
                P. O. Box 11839
                Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 754424
      Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355106**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                          **Invoice#:** 756477
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

\*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------\*
Consultants/Experts                                      $3,000.00
                                                         -------------------
       Total Costs through 11/30/2013.........................    $3,000.00


Costs this Invoice.................................................................    $3,000.00
**Total Due this Invoice...............................................**    **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355107**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
       Mail Code 81
       P. O. Box 11839
       Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: Argre Management LLC
    Our File Number: 00647/0001
    Invoice Number: 756477
    Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**   **WH_MDL_00355108**



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                January 13, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                       **Invoice#:** 760179
**Our File Number:**00647/0001                        **PAGE:**    1

═══════════════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2013

═══════════════════════════════════════════════════════════════════

|  |  | **Hours** |
|---|---|---|
| 12/11/2013 | Sausen, David | 0.75 |
| 12/12/2013 | Sausen, David | 0.25 |
| 12/16/2013 | Ben-Jacob, Michael | 0.25 |
| 12/17/2013 | Sausen, David | 0.50 |

Total Hours................. 1.75

Fees through 12/31/2013.................................... $1,283.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.25 | $188.75 |
| Sausen, David | 730.00 | 1.50 | 1,095.00 |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |

Fees this Invoice.......................................................... $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355109**

**KAYE** | **SCHOLER** LLP

TO:     Argre Management LLC                                              January 13, 2014

    **RE:** General                                                                      **Invoice#:** 760179
    **Our File Number:** 00647/0001                                            **PAGE:**    2

===============================================================================

    **Total Due this Invoice**..............................................................    **$1,283.75**

        **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355111



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    February 20, 2014
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                              **Invoice#:** 762871
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

                                                                    **Hours**
                                                                    ----------
01/29/2014  Veillette, Rebecca                                        0.33

                                                                    ----------
                                            Total Hours.................  0.33
                       Fees through 01/31/2014....................  $103.95


*----------------------------------TIME AND FEE SUMMARY-----------------------------------*
                                    Rate        Hours         Fees
Veillette, Rebecca               $315.00        0.33        $103.95

                Fees through 01/31/2014...............    0.33        $103.95



        Fees this Invoice.........................................................    $103.95
        **Total Due this Invoice..............................................**    **$103.95**

                **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

July 22, 2014

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 775031
**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

---

|  |  | **Hours** |
|---|---|---|
| 06/13/2014 | Sausen, David | 1.25 |
|  | Telephone conference with Matt and John re: UBTI issues. Tax research. Telephone conference and emails with G. Weinkam. |  |
| 06/17/2014 | Zwick, Mary L | 0.50 |
|  | ███████████████████████████████████ |  |
| 06/26/2014 | Culhane, Stephen | 0.33 |
|  | ████████████████ |  |
| 06/30/2014 | Culhane, Stephen | 0.25 |
|  | ████████████████████ |  |

Total Hours................. 2.33

Fees through 06/30/2014.................................... $1,815.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 0.58 | $527.80 |
| Sausen, David | 760.00 | 1.25 | 950.00 |
| Zwick, Mary L | 675.00 | 0.50 | 337.50 |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice............................................................. $1,815.30
**Total Due this Invoice..............................................** **$1,815.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 775031
      Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355115



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 25, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                              **Invoice#:** 777180
**Our File Number:**00647/0001                               **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2014

|            |                                                                       | **Hours** |
|------------|-----------------------------------------------------------------------|----------:|
| 07/02/2014 | Culhane, Stephen                                                      | 0.33 |
|            | Advisers Act issues with P Wells.                                     |      |
| 07/08/2014 | Culhane, Stephen                                                      | 0.67 |
|            | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. | |
| 07/09/2014 | Culhane, Stephen                                                      | 0.50 |
|            | Telcon with Matt Stein.                                              |      |
| 07/10/2014 | Culhane, Stephen                                                      | 0.33 |
|            | Conference with M Ben-Jacob.                                         |      |

Total Hours.................  1.83

Fees through 07/31/2014....................................  $1,665.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                   | Rate      | Hours | Fees       |
|-------------------|-----------|-------|------------|
| Culhane, Stephen  | $910.00   | 1.83  | $1,665.30  |
| Fees through 07/31/2014.............. | | 1.83 | $1,665.30 |

Fees this Invoice..........................................................................  $1,665.30
**Total Due this Invoice................................................................**  **$1,665.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355116**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 777180
      Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355117**



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                September 24, 2014
      40 West 57th Street Suite 1610
      New York, New York 10019
      acolodner@maplept.com

**RE:** General                                          **Invoice#:** 780144
**Our File Number:**00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

|  |  | **Hours** |
|---|---|---|
| 08/22/2014 | Golub, Elizabeth ███████████████ | 0.33 |
| 08/26/2014 | Golub, Elizabeth ███████████████ | 0.33 |
| 08/28/2014 | Ben-Jacob, Michael ███████████████ | 0.17 |
| 08/28/2014 | Wells, Peter B ███████████████ | 4.00 |
| 08/29/2014 | Wells, Peter B ███████████████ | 1.67 |

Total Hours................. 6.50

Fees through 08/31/2014.................................... $4,258.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 0.17 | $133.45 |
| Wells, Peter B | 695.00 | 5.67 | 3,940.65 |
| Golub, Elizabeth | 280.00 | 0.66 | 184.80 |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| Corp. Filings & Searches | $484.50 |
|---|---|
| Total Costs through 08/31/2014......................... | $484.50 |

**KAYE│SCHOLER** LLP

TO:    Argre Management LLC                                  September 24, 2014

**RE:** General                                              **Invoice#:** 780144
**Our File Number:** 00647/0001                                 **PAGE:**    2

---

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due................................................................ | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice................................................................ | $4,258.90 |
| Costs this Invoice............................................................... | $484.50 |
| Total Due this Invoice.......................................................... | $4,743.40 |
| Prior Balance Due (from above)................................................ | 1,665.30 |
| **TOTAL DUE**................................................................ | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355120**



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      November 14, 2014
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                                **Invoice#:** 783712
**Our File Number:**00647/0001                                 **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2014

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 08/12/2014 | Ben-Jacob, Michael    | 0.42      |
| 09/04/2014 | Ben-Jacob, Michael    | 0.50      |
| 09/09/2014 | Ben-Jacob, Michael    | 0.50      |
| 09/11/2014 | Ben-Jacob, Michael    | 0.75      |
| 09/22/2014 | Ben-Jacob, Michael    | 1.50      |
| 09/22/2014 | Wells, Peter B        | 1.58      |
|            | Call with group re general plan issues. | |
| 09/25/2014 | Wells, Peter B        | 1.50      |
| 09/29/2014 | Ben-Jacob, Michael    | 0.50      |
|            | Conference with Peter re: structuring dissolution of plans and payments to Adam. | |
| 09/29/2014 | Wells, Peter B        | 2.50      |
| 09/30/2014 | Wells, Peter B        | 2.17      |
| 10/01/2014 | Wells, Peter B        | 0.75      |
| 10/09/2014 | Wells, Peter B        | 0.83      |
|            | Work on issues related to new plans. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355121**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                            November 14, 2014

**RE:** General                                                        **Invoice#:** 783712
**Our File Number:** 00647/0001                                        **PAGE:**   2

===========================================================================

| | | | | |
|---|---|---|---|---|
| 10/10/2014 | Wells, Peter B | | | 0.50 |
| | Work on new plan matters. | | | |
| 10/12/2014 | Ben-Jacob, Michael | | | 1.58 |
| | ██████████████████████████ | | | |
| 10/13/2014 | Wells, Peter B | | | 1.58 |
| | ██████████████████████ | | | |
| 10/14/2014 | Ben-Jacob, Michael | | | 0.17 |
| | ██████████████████████ | | | |
| 10/14/2014 | Wells, Peter B | | | 1.00 |
| | ███████████████████████ | | | |
| 10/20/2014 | Veillette, Rebecca | | | 0.50 |
| | ███████████████████████ | | | |

                                             Total Hours.................  18.83

                    Fees through 10/31/2014...................................  $13,429.65


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014.............. | | 18.83 | $13,429.65 |


Fees this Invoice.........................................................  $13,429.65
**Total Due this Invoice............................................**  **$13,429.65**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 783712
Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    December 24, 2014
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                              **Invoice#:** 786881
**Our File Number:** 00647/0001                              **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|            |                       | **Hours** |
|------------|-----------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael    | 0.67      |
| 11/24/2014 | Culhane, Stephen      | 0.25      |
|            | Total Hours.............. | 0.92   |
|            | Fees through 11/30/2014................................. $753.45 | |

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                    December 24, 2014

**RE:** General                                                      **Invoice#:** 786881
**Our File Number:** 00647/0001                                      **PAGE:**   2

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                              | Rate     | Hours | Fees      |
|------------------------------|----------|-------|-----------|
| Ben-Jacob, Michael           | $785.00  | 0.67  | $525.95   |
| Culhane, Stephen             | 910.00   | 0.25  | 227.50    |
| Fees through 11/30/2014................ | | 0.92  | $753.45   |

Fees this Invoice..........................................................................     $753.45

**Total Due this Invoice..............................................................**     **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 786881
Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        February 19, 2015
        40 West 57th Street Suite 1610
        New York, New York  10019
        acolodner@maplept.com

**RE:** General                                        **Invoice#:** 791361
**Our File Number:**00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

                                   Total Hours.................    1.25

                  Fees through 12/31/2014....................................    $868.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014.............. | | 1.25 | $868.75 |

Fees this Invoice.........................................................    $868.75
**Total Due this Invoice...............................................**    **$868.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355127**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
        Mail Code 81
        P. O. Box 11839
        Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 791361
        Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355128**

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**                    137.70

**Total Amount Due**                    $         137.70

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 30, 2015                                              Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                               **$137.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355130**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                          July 31, 2015
     40 West 57th Street Suite 1610
     New York, New York 10019
     acolodner@maplept.com

**RE:** General                                       **Invoice#:** 805139
**Our File Number:** 00647/0001                         **PAGE:**    1

===================================================================
**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2015
===================================================================

|            |                                                                                          | **Hours** |
|------------|------------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                        | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same.  Interoffice conferences. |           |
| 04/22/2015 | Veillette, Rebecca                                                                        | 1.30      |
|            | Attention to FBAR questions.                                                              |           |
| 04/24/2015 | Veillette, Rebecca                                                                        | 0.45      |
|            | Attention to FBAR matters.                                                                |           |
| 05/05/2015 | Veillette, Rebecca                                                                        | 0.40      |
|            | Attention to FBAR matters.                                                                |           |
| 05/07/2015 | Veillette, Rebecca                                                                        | 0.45      |
|            | Attention to foreign bank account reporting matters.  Interoffice conferences regarding same. |           |
| 05/08/2015 | Veillette, Rebecca                                                                        | 0.20      |
|            | Attention to 2013 FBAR information.                                                       |           |
| 05/13/2015 | Veillette, Rebecca                                                                        | 0.45      |
|            | Attention to foreign tax reporting matters.                                              |           |

Total Hours.................  4.45

Fees through 06/30/2015...................................  $1,446.25

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355131**

**KAYE | SCHOLER** LLP

TO:     Argre Management LLC                                        July 31, 2015

**RE:** General                                                          **Invoice#:** 805139
**Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                      Rate          Hours              Fees
Veillette, Rebecca                  $325.00          4.45          $1,446.25

              Fees through 06/30/2015...............   4.45          $1,446.25


       Fees this Invoice.........................................................   $1,446.25
       Total Due this Invoice..............................................   $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355132**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 21, 2015
      40 West 57th Street Suite 1610
      New York, New York 10019
      acolodner@maplept.com

**RE:** General                                          **Invoice#:** 807022
**Our File Number:** 00647/0001                              **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  |  | **Hours** |
|---|---|---|
| 07/14/2015  Golub, Elizabeth | | 0.25 |

███████████████████████

| | Total Hours.................. | 0.25 |
|---|---|---|
| | Fees through 07/31/2015.................................... | $70.00 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

\*----------------------COSTS ADVANCED THROUGH 07/31/2015----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $250.50 |
| Total Costs through 07/31/2015......................... | $250.50 |

| | |
|---|---|
| Fees this Invoice......................................................................... | $70.00 |
| Costs this Invoice....................................................................... | $250.50 |
| **Total Due this Invoice...............................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355135