# Exhibit 82

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00008 | 2734512 | 4/22/2013 | $25,606.15 | $265.19 | $25,871.34 | ($25,871.34) | 2/25/2014 | - | |
| | 2737637 | 5/22/2013 | $16,869.40 | - | $16,869.40 | ($16,869.40) | 2/25/2014 | - | |
| **Duet - Belgium - Total** | | | **$42,475.55** | **$265.19** | **$42,740.74** | **($42,740.74)** | | - | - |
| **GRAND TOTAL** | | | **$42,475.55** | **$265.19** | **$42,740.74** | **($42,740.74)** | | - | - |

1

6/15/2018 10:29:23 AM

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355388**



KAYE | SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                      April 22, 2013
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019

**RE:** Duet - Belgium                                  **Invoice#:** 734512
**Our File Number:** 00647/0008                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                                                                                                           | **Hours** |
|------------|-----------------------------------------------------------------------------------------------------------|-----------|
| 03/13/2013 | Ben-Jacob, Michael                                                                                        | 3.83      |
|            | Review/edit documents.  Calls with Rich and meetings with Peter to discuss.                              |           |
| 03/13/2013 | Wells, Peter B                                                                                            | 5.33      |
|            | Call with Rich. Review documents and work on loan agreement and partnership. Discuss with Mr. Ben-Jacob. |           |
| 03/14/2013 | Ben-Jacob, Michael                                                                                        | 3.08      |
|            | Review documents, related emails and calls with Rich and Peter.                                          |           |
| 03/14/2013 | Wells, Peter B                                                                                            | 6.00      |
|            | Call with Rich re documents. Review and revise the same. Review  and revise loan agreement. Call with UK counsel re related issues. |           |
| 03/14/2013 | Fleet, Stuart                                                                                             | 0.42      |
|            | Discussion with Peter Wells relating to English law as to agency and identifying the principal in a third party transaction. |           |
| 03/14/2013 | Lewin, Daniel                                                                                             | 0.17      |
|            | Discussion with MBJ and PW.                                                                               |           |
| 03/15/2013 | Ben-Jacob, Michael                                                                                        | 1.00      |
|            | Review document.                                                                                         |           |
| 03/15/2013 | Wells, Peter B                                                                                            | 1.83      |
|            | Prepare for and participate on call with Duet. Review related documents. |           |
| 03/17/2013 | Ben-Jacob, Michael                                                                                        | 1.33      |
|            | Review documents.  Emails with Rich.                                                                     |           |
| 03/18/2013 | Ben-Jacob, Michael                                                                                        | 0.75      |
|            | Review Duet charge agreements - related calls with Rich.                                                 |           |
| 03/18/2013 | Wells, Peter B                                                                                            | 1.75      |
|            | Review deed of charge and work on related issues.                                                        |           |
| 03/19/2013 | Wells, Peter B                                                                                            | 1.50      |
|            | Work on issues related to structure. Call with Woody and Kathleen re pension issues. Follow-up on matters re the same. |           |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355389**

**KAYE | SCHOLER** LLP

TO:  John H. van Merkensteijn                                                April 22, 2013

**RE:** Duet - Belgium                                                **Invoice#:** 734512
**Our File Number:** 00647/0008                                          **PAGE:**   2

===============================================================================

| | | |
|---|---|---|
| 03/20/2013 | Ben-Jacob, Michael | 1.33 |
| | Attention to commodities pool issues, related calls and emails. | |
| 03/20/2013 | Tan, Madeleine M | 0.25 |
| | Interoffice conference call with Kathleen Wechter and George Williams re commodity pool issue. | |
| 03/20/2013 | Williams, George M | 1.50 |
| | Telephone conference and research regarding CFTC issues. | |
| 03/20/2013 | Wechter, Kathleen A | 1.58 |
| | Conference M. Ben-Jacob and review information from client regarding plan status for CFTC purposes and review; conferences M. Tan and G. Williams; conferences G. Williams and M. Ben-Jacob regarding same. | |
| 03/20/2013 | Wells, Peter B | 1.33 |
| | Work on issues related to representations. Review revisions to documents. | |
| 03/21/2013 | Ben-Jacob, Michael | 1.00 |
| | Calls with George Williams and Rich. | |
| 03/21/2013 | Williams, George M | 2.00 |
| | Research and advice regarding CFTC issues. | |
| 03/22/2013 | Ben-Jacob, Michael | 0.42 |
| | Call with George Williams and follow-up email to Rich. | |
| 03/22/2013 | Williams, George M | 0.50 |
| | Further analysis of CFTC issues. | |
| 03/25/2013 | Ben-Jacob, Michael | 1.50 |
| | Review transaction documents and drafting email to Rich with comments. | |
| 03/25/2013 | Wells, Peter B | 2.25 |
| | Review Duet documents. | |
| 03/26/2013 | Williams, George M | 1.00 |
| | Advice regarding retirement plan exemptions under the CFTC's regulations. | |
| 03/26/2013 | Wells, Peter B | 2.25 |
| | Work on issue related to documents. Call with group. Follow-up issues re the same. | |
| 03/27/2013 | Ben-Jacob, Michael | 0.25 |
| | Following up on emails. | |
| 03/27/2013 | Williams, George M | 1.00 |
| | Conference call with Duet regarding CFTC issues; preparatory conference calls. | |
| 03/27/2013 | Wells, Peter B | 2.83 |
| | Prepare for and participate on call with Duet. Follow-up re issues related to the same. | |

**KAYE|SCHOLER**LLP

TO:    John H. van Merkensteijn                                    April 22, 2013

RE: Duet - Belgium                                          Invoice#: 734512
Our File Number: 00647/0008                                      PAGE:    3

---

| | | |
|---|---|---|
| 03/28/2013 | Williams, George M | 0.50 |
| | Review regulatory situation. | |
| 03/28/2013 | Wells, Peter B | 1.75 |
| | Work on issues related to revised document. Work on outstanding legal issues related to pensions etc. | |
| 03/29/2013 | Wells, Peter B | 0.83 |
| | Work on revisions related to documents. | |

Total Hours................. 51.06

Fees through 03/31/2013.................................... $35,606.15

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 14.49 | $10,939.95 |
| Tan, Madeleine M | 795.00 | 0.25 | 198.75 |
| Williams, George M | 735.00 | 6.50 | 4,777.50 |
| Wechter, Kathleen A | 765.00 | 1.58 | 1,208.70 |
| Wells, Peter B | 650.00 | 27.65 | 17,972.50 |
| Fleet, Stuart | 845.00 | 0.42 | 354.90 |
| Lewin, Daniel | 905.00 | 0.17 | 153.85 |
| Fees through 03/31/2013............... | | 51.06 | $35,606.15 |

*-----------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------*

| | |
|---|---|
| Transportation | $265.19 |
| Total Costs through 03/31/2013......................... | $265.19 |

| | | |
|---|---|---|
| Fees this Invoice................................................. | $35,606.15 | |
| Less Discount of................................................. | (10,000.00) | |
| Adjusted Fees.................................................... | | $25,606.15 |
| Costs this Invoice............................................... | | $265.19 |
| **Total Due this Invoice................................................................** | | **$25,871.34** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355391**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0008
Invoice Number: 734512
Total Amount Due: $25,871.34

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

Chicago · Frankfurt · London · Los Angeles · New York · Palo Alto · Shanghai · Washington, DC · West Palm Beach

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355392



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     John H. van Merkensteijn                                    May 22, 2013
        40 West 57th Street
        New York, New York
        alicia@agremgt.com
        New York, New York  10019

RE: Duet - Belgium                                           **Invoice#:** 737637
**Our File Number:** 00647/0008                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|            |                                                                                      | Hours |
|------------|--------------------------------------------------------------------------------------|-------|
| 03/17/2013 | Woodard, A.F.                                                                        | 1.17  |
|            | Review of Custody Agreement and other documents re proposed Duet transaction.       |       |
| 03/28/2013 | Ben-Jacob, Michael                                                                   | 0.83  |
|            | Attention to misc. emails on open points re: documentation.  Related review and conference with Peter. | |
| 04/01/2013 | Williams, George M                                                                   | 1.00  |
|            | Comment on CFTC issues in documents.                                                 |       |
| 04/01/2013 | Wells, Peter B                                                                       | 1.50  |
|            | Work on revisions to documents and related CFTC issues.                             |       |
| 04/02/2013 | Williams, George M                                                                   | 0.50  |
|            | Advice regarding CFTC-related change in wording.                                    |       |
| 04/02/2013 | Wells, Peter B                                                                       | 1.00  |
|            | Review revised documents and work on related matters.                              |       |
| 04/10/2013 | Ben-Jacob, Michael                                                                   | 2.25  |
|            | Numerous calls, emails with George and Rich re: CFTC issues.                       |       |
| 04/10/2013 | Williams, George M                                                                   | 2.17  |
|            | Discussion of structure and preparation of a CFTC-related representation for Mill River. | |
| 04/10/2013 | Michel, Patrick A                                                                    | 0.58  |
|            | Conference with M Ben-Jacob re Securities Laws issues.                              |       |
| 04/11/2013 | Williams, George M                                                                   | 0.50  |
|            | Advice regarding CFTC analysis.                                                     |       |
| 04/15/2013 | Ben-Jacob, Michael                                                                   | 0.83  |
|            | Attention to CFTC matters.                                                          |       |
| 04/15/2013 | Wells, Peter B                                                                       | 0.50  |
|            | Work on issues related to loan structure.                                           |       |
| 04/16/2013 | Ben-Jacob, Michael                                                                   | 0.08  |
|            | Attention to misc. emails.                                                          |       |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355393**

Image Not
Available

TO:    John H. van Merkensteijn                                                      May 22, 2013

**RE:** Duet - Belgium                                                          **Invoice#:** 737637
**Our File Number:** 00647/0008                                        **PAGE:**    2

| | | |
|---|---|---|
| 04/16/2013 | Williams, George M | 1.25 |
| | Discussions regarding the numerical calculations in available CFTC exemptions and also required representations;. | |
| 04/17/2013 | Ben-Jacob, Michael | 1.83 |
| | Attention to CFTC issues.  Related conference call with Duet.  Follow-up emails, etc. | |
| 04/17/2013 | Williams, George M | 3.00 |
| | Telephone conference regarding regulatory status; review; work on representations. | |
| 04/17/2013 | Wells, Peter B | 1.42 |
| | Call with Duet and counsel re CFTC issues. Follow-up re the same. | |
| 04/19/2013 | Ben-Jacob, Michael | 0.42 |
| | Attention to emails re: QEP representation.  Attention to draft rep. letter and related emails. | |
| 04/19/2013 | Williams, George M | 1.25 |
| | Research and draft possible representation regarding qualified eligible purchaser status. | |
| 04/19/2013 | Wells, Peter B | 0.50 |
| | Review and revise rep letters. | |
| 04/26/2013 | Michel, Patrick A | 0.67 |
| | Conferences with E. Marcus. | |

Total Hours................ 23.25

Fees through 04/30/2013.................................. $16,869.40

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 6.24 | $4,711.20 |
| Williams, George M | 735.00 | 9.67 | 7,107.45 |
| Michel, Patrick A | 710.00 | 1.25 | 887.50 |
| Wells, Peter B | 650.00 | 4.92 | 3,198.00 |
| Woodard, A.F. | 825.00 | 1.17 | 965.25 |
| Fees through 04/30/2013.............. | | 23.25 | $16,869.40 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355394**

Image Not
Available

TO:    John H. van Merkensteijn                                    May 22, 2013

**RE:** Duet - Belgium                                    **Invoice#:** 737637
**Our File Number:** 00647/0008                              **PAGE:**    3

| Invoice# | Date | Amount |
|----------|------|--------|
| 734512 | 04/22/2013 | $25,871.34 |
| Prior Balance Due........................................................ | | $25,871.34 |

| | |
|---|---|
| Fees this Invoice.................................................. | $16,869.40 |
| Total Due this Invoice........................................... | $16,869.40 |
| Prior Balance Due (from above)................................ | 25,871.34 |
| **TOTAL DUE**........................................................ | **$42,740.74** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355395**

Image Not Available

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0008
Invoice Number: 737637
Total Amount Due: $42,740.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355396