# Exhibit 135

| | |
|---|---|
| **From:** | Michael Ben-Jacob <Michael.Ben-Jacob@kayescholer.com> |
| **To:** | Adam LaRosa; Jerome Lhote; Richard Markowitz; John H. van Merkensteijn, III; Matthew Stein |
| **CC:** | Alicia Colodner; Wells, Peter |
| **Sent:** | 10/18/2012 4:24:20 PM |
| **Subject:** | Payments under Tax Reclaim Services Agreement |
| **Attachments:** | ATT00001.txt; Patriot Act Certification.docx |

Gentlemen,

We have reviewed the tax and compliance issues surrounding the payment due to Ganymede under the Tax Reclaim Services Advisory Agreements and summarize the conclusions below.  In short we see no reason you should not make the payment subject to the few minor points below.

· Tax Withholding Louis confirmed that the payment should not be subject to withholding as it should not be U.S. source (services are all being provided abroad and the fact that the payments originate from the account of a U.S. person (whether Ezra or the pensions) does not alter the analysis).  We recommend that each pension/Ezra keep a W8-BEN on file.

· Patriot Act Chris Brewster (our in-house expert in this area) indicated that we should be conducting due diligence to ensure that no payment is being made to a person that is identified as being associated with international terrorism.  He advised the following two things to undertake in this respect:
    1. To ensure that the recipient is not on the U.S. database (located at http://export.gov /ecr/eg_main_023148.asp). We have searched for Ganymede and no hits came up.
    1. Each pension and Ezra should have any recipient sign a certification in which the recipient is certifying in a form consistent with the attached that they are not associated with terrorism.  Please let us know whether you will have this certification reproduced for each pension and Ezra or whether we should do it and forward along to you.

· Pension/Retirement Issue We have spoken with Woody who confirmed there are no issues from a pension standpoint.

· FATCA David Sausen (our in-house FACTA expert) confirmed that such payments should not be ³withholdable payments² under FATCA because withholdable payments must be, by US tax definition, U.S. source.  As a result, notwithstanding that FATCA does not come into effect until January 1, 2014, there should not be any FATCA application to this payment.

We are taking a bit more time to confirm that the payments made to Aquila fall within the same conclusions; as I understood that the immediate need was an answer in respect of the payment to Ganymede.  So, since you are in the process of obtaining W8-BENs and Patriot Act Certifications from Ganymede this would be a convenient time to obtain those same documents from Aquila.

Please let me know if there is anything further you need or would like to discuss.

Regards.

mbj

***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

Michael Ben-Jacob
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8310 | F: +1 212.836.6310
michael.ben-jacob@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8310) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER