**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 19-cv-01791. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Robert Klugman ("Klugman") and RAK Investment Trust ("RAK") in the action titled *SKAT v. Fairlie Investments LLC Roth 401(K) Plan, et al.*, No. 19-cv-01791 (the "Action");

WHEREAS SKAT, Klugman and RAK have now entered into a settlement agreement (the "Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss Klugman and RAK from the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendants Fairlie Investments LLC Roth 401(K) Plan, Joseph Herman, Richard Markowitz, or Hadron Industries LLC in the Action, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Klugman and RAK are dismissed with prejudice from the Action, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Uncured Event of Default under the Agreement occurs (or if Event of Default under the January 9, 2025 Pledge Agreement occurs), SKAT shall have the right to reopen the Action and file any Consent Judgment that it was not required to destroy pursuant to Paragraph 2 of the Agreement, regardless of the Action being previously dismissed;

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants Fairlie Investments LLC Roth 401(K) Plan, Joseph Herman, Richard Markowitz, and Hadron Industries LLC in the Action are not affected by this dismissal; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement amongst SKAT, Klugman and RAK.


Dated: New York, New York
        February 24, 2025


By: /s/ Marc A. Weinstein                    By: /s/ David L. Goldberg
    Marc A. Weinstein                            David L. Goldberg
HUGHES HUBBARD & REED LLP              KATTEN MUCHIN ROSENMAN LLP
One Battery Park Plaza                      50 Rockefeller Plaza
New York, New York 10004-1482              New York, NY 10020
Telephone: (212) 837-6000                  Telephone: (212) 940-6787
Fax: (212) 422-4726                        Fax: (212) 940-8776
marc.weinstein@hugheshubbard.com           david.goldberg@kattenlaw.com

*Counsel for Plaintiff Skatteforvaltningen*   *Counsel for Defendants Robert Klugman and*
*(Customs and Tax Administration of the*       *RAK Investment Trust*
*Kingdom of Denmark)*


SO ORDERED:


_____
        Lewis A. Kaplan
        United States District Judge